# EXHIBIT A

|  | Defendants' Proposal (May 30 Decision Date) | Plaintiff's Proposal |
|---|---|---|
| ADR | 09/05/2025 | 08/27/2025 |
| Written offer of Settlement | 10/03/2025 | 08/06/2025 |
| Respond to Written Offer of Settlement | 10/17/2025 | 08/13/2025 |
| Fact Discovery Opens and Exchange Initial Disclosures | 06/13/2025 | 05/07/2025 |
| Motions to Amend/Supplement Pleadings and Join Additional Parties | 01/09/2026 | 05/20/2025 |
| Preliminary Infringement Contentions | 07/11/2025 | 06/04/2025 |
| Preliminary Invalidity Contentions | 09/05/2025 | 07/23/2025 |
| Exchange Claim Terms | 12/01/2025 | 09/17/2025 |
| Exchange Proposed Claim Constructions | 12/19/2025 | 09/24/2025 |
| Disclose Extrinsic Evidence | 12/19/2025 | 09/24/2025 |
| Meet and Confer to Narrow Disputed Terms | 01/09/2026 | 10/07/2025 |
| Defendants Opening Claim Construction Brief | 02/20/2026 | 10/15/2025 |
| Plaintiff's Responsive Claim Construction Brief | 03/27/2026 | 11/12/2025 |
| Defendants' Reply Claim Construction Brief | 04/17/2026 | 12/01/2025 |
| Plaintiff's Sur-Reply Claim Construction Brief | 05/01/2026 | 12/08/2025 |
| Joint Claim Construction Statement | 05/08/2026 | 12/12/2025 |
| Markman Hearing | To be set by the Court | 01/06/2026 |
| Completion of Fact Discovery | 14 weeks after the claim construction order issues | 04/21/2026 |
| Opening Expert Reports | 20 weeks after the claim construction order issues | 05/12/2026 |
| Rebuttal Expert Reports | 26 weeks after the claim construction order issues | 06/09/2026 |
| Reply Expert Reports | 30 weeks after the claim construction order issues | 06/30/2026 |
| Expert Discovery Complete | 34 weeks after the claim construction order issues | 07/28/2026 |
| Opening MSJs and Dauberts | 38 weeks after the claim construction order issues | 08/12/2026 |

| Responsive MSJs and Daubert | 43 weeks after the claim construction order issues | 09/09/2026 |
|---|---|---|
| Reply MSJs and Dauberts | 46 weeks after the claim construction order issues | 09/23/2026 |
| MSJ and Daubert Hearing | To be set by the Court | To be set by the Court |
| Pretrial Conference | To be set by the Court | To be set by the Court |
| Trial | To be set by the Court | To be set by the Court |