# EXHIBIT 5

# Time to Milestones

Judges: David Alan Ezra   Case Filing Date: On or After Jan. 1st, 2008



U.S. District Courts

|  | Occurrences | Minimum | 2nd Percentile | First Quartile | Median | Third Quartile | 98th Percentile | Maximum | Average |
|---|---|---|---|---|---|---|---|---|---|
| Claim Construction | 13 | 9.5 | 9.7 | 13.9 | 25.3 | 35.4 | 50.9 | 50.9 | 25.8 |
| Patentee MSJ | 4 | 42.7 |  |  | 59.3 |  |  | 152.7 | 78.5 |
| Infringement | 5 | 3.9 |  |  | 42.7 |  |  | 85.8 | 36.6 |
| Patent not invalid | 13 | 3.9 | 4.6 | 11.1 | 25.3 | 40.0 | 85.8 | 85.8 | 28.7 |
| Patent enforceable | 2 | 4.6 |  |  | 45.2 |  |  | 85.8 | 45.2 |
| Patent Challenger MSJ | 6 | 28.2 |  |  | 49.4 |  |  | 133.3 | 58.7 |
| Noninfringement | 2 | 9.6 |  |  | 33.7 |  |  | 57.7 | 33.7 |
| Patent invalid | 5 | 9.6 |  |  | 25.3 |  |  | 110.9 | 37.2 |
| Damages | 3 | 42.7 |  |  | 43.4 |  |  | 85.8 | 57.3 |
| TRO/Prelim Injct | 1 | 5.7 |  |  |  |  |  | 5.7 | 5.7 |
| Injct/Ongoing Royalty | 4 | 3.9 |  |  | 5.8 |  |  | 85.8 | 25.3 |
| Jury Trial | 3 | 32.4 |  |  | 43.4 |  |  | 77.0 | 50.9 |
| Bench Trial | 1 | 85.8 |  |  |  |  |  | 85.8 | 85.8 |
| Transfer | 5 |  |  |  | 6.4 |  |  | 32.4 | 10.2 |
| Stay | 20 | 1.2 | 4.4 | 9.5 | 13.0 | 22.2 | 80.1 | 80.1 | 17.3 |
| Appeal | 4 | 2.2 |  |  | 28.6 |  |  | 58.7 | 29.5 |
| Likely Settlement | 71 |  | 0.2 | 3.1 | 6.3 | 9.2 | 22.8 | 23.9 | 6.9 |
| Mature Termination | 21 | 3.0 | 3.9 | 6.7 | 12.9 | 39.5 | 85.8 | 85.8 | 22.9 |