# EXHIBIT 6

| | |
|---|---|
| **From:** | Christian Hurt |
| **To:** | Schickel, Samoneh |
| **Cc:** | Gaede, William; Jamie Levien; Saif Askar; Columbia, Sarah; Fischer, Sarah; Kim, Mandy; Melissa Pitre; MD_Anderson-Alnylam; Amanda K. Johns |
| **Subject:** | Re: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order |
| **Date:** | Wednesday, April 30, 2025 6:25:53 PM |
| **Attachments:** | image001.png |
| | image002.png |

**[ External Email ]**

Thanks Sammy for taking my call. I appreciate it. We'll file the motion tonight as unopposed. Thanks again.

Christian

Get Outlook for iOS

**McKool Smith** | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Sent:** Wednesday, April 30, 2025 3:27:08 PM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Thanks, Christian. We are trying to reach a compromise on the briefing and the schedule where Alnylam isn't delayed by a week in getting a hearing on Alnylam's motion to stay before Magistrate Judge Lane. If Plaintiff isn't willing to agree to move the opening of fact discovery by one week, would you agree to not serve any discovery for a week? We would like to reach a compromise that is fair to both parties.

SAMMY SCHICKEL
Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686    **Email** sschickel@mwe.com
Website | vCard | LinkedIn

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Wednesday, April 30, 2025 12:50 PM

Exhibit 6
Page 1

**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** Re: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

**[ External Email ]**

Thanks Sammy.  Our client can't agree to that condition.

We're requesting the extension as a courtesy because our team members are traveling the rest of this week and have briefs due early next week in other cases.

Please let me know if Alnylam opposes our request and, if so, please give me a call this afternoon so we can meet our meet-and-confer obligations.

Thanks,

Christian

**McKool Smith** | Christian Hurt
Principal  |  Dallas, TX  |  Tel: (214) 978-4060  |  Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Date:** Wednesday, April 30, 2025 at 10:43 AM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>, Jamie Levien <jlevien@McKoolSmith.com>, Saif Askar <saskar@McKoolSmith.com>, Columbia, Sarah <Scolumbia@mwe.com>, Fischer, Sarah <Sjfischer@mwe.com>, Kim, Mandy <Mhkim@mwe.com>, Melissa Pitre <mrichardson@McKoolSmith.com>, MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>, Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Hi Christian,

We are amenable to a one-week extension for Plaintiff's response, so long as Plaintiff will agree to move the opening of fact discovery by one week.  This would put the parties in the same position

Exhibit 6
Page 2

that we are in right now. Currently, the opening of fact discovery is May 7th, and Plaintiff's response is due May 6th. A one-week extension to both Plaintiff's response and the opening of fact discovery would put Plaintiff's response due date on May 13th and the opening of fact discovery on May 14th. Please let us know if Plaintiff is amenable to this.

With respect to the meet and confer, my understanding was that Plaintiff asked if Alnylam was seeking a stay on venue discovery or on all case deadlines. We stated that we were seeking a stay on all case deadlines. I further understood Plaintiff to ask if Alnylam would consider a stay to just venue discovery, as a way to potentially moot Alnylam's need to file a motion to stay. Based on your email below, it sounds like Plaintiff was not floating this as a potential compromise, so we appreciate you clarifying that.

Thanks,
Sammy

SAMMY SCHICKEL
Partner

**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686    **Email** sschickel@mwe.com
Website | vCard | LinkedIn

---

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Tuesday, April 29, 2025 5:56 PM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

**[ External Email ]**

Counsel –

Please let me know if Defendants will oppose a one-week extension for our response.

Also, in addition, so we are all clear going forward, I want to note that Defendants' Motion does not accurately characterize today's meet-and-confer discussions. I inquired if Defendants' relief sought to stay only venue discovery or sought to stay all discovery; I did not ask "whether Alnylam would consider a stay to just venue discovery."

Thanks,

Christian

**McKool Smith** | Christian Hurt

Exhibit 6
Page 3

Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Sent:** Monday, April 28, 2025 10:55 AM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Thanks, Christian.  2 PM CST tomorrow works for us.  Dial-in is below.

# Join McDermott Zoom Meeting

| | |
|---|---|
| Meeting ID: | 960 2373 0679 |
| Password: | 638080 |
| Phone one-tap: | US: +17207072699,,96023730679#,,#,,638080# or +16699009128,,96023730679#,,#,,638080# |
| Meeting URL: | https://mwe.zoom.us/j/96023730679?pwd=1jUpiardQ4C6kDBZajETcOJSPV9AEa.1&from=addon |

**Join by Telephone**

For higher quality, dial a number based on your current location.
Dial:

    US: +1 720 707 2699 or +1 669 900 9128 or +1 646 558 8656
    United Kingdom: +44 131 460 1196
    Italy: +39 020 066 7245
    Germany: +49 69 3807 9883
    Belgium: +32 2 290 9360

| | |
|---|---|
| Phone Password: | 638080 |

International numbers

Exhibit 6
Page 4

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Monday, April 28, 2025 10:33 AM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** Re: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

**[ External Email ]**

Thanks Sammy. I'm free tomorrow starting at 200 PM Central.

Christian

**McKool Smith** | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

---

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Date:** Monday, April 28, 2025 at 10:29 AM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>, Jamie Levien <jlevien@McKoolSmith.com>, Saif Askar <saskar@McKoolSmith.com>, Columbia, Sarah <Scolumbia@mwe.com>, Fischer, Sarah <Sjfischer@mwe.com>, Kim, Mandy <Mhkim@mwe.com>, Melissa Pitre <mrichardson@McKoolSmith.com>, MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>, Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Hi Christian,

Attached are our edits to the Protective Order and ESI Order.

Also, please let us know your availability to meet and confer tomorrow on Alnylam's motion to stay.

Thanks,
Sammy

SAMMY SCHICKEL

Exhibit 6
Page 5

Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686     **Email** sschickel@mwe.com
Website | vCard | LinkedIn

**From:** Schickel, Samoneh
**Sent:** Saturday, April 26, 2025 7:40 PM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>; Fareed, Syed <Sfareed@mwe.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Hi Christian,

Apologies for the delay on getting our edits to the Protective Order and ESI Order to you. Various members of our team have been traveling the past couple of weeks and will be traveling this week for other cases. We will have our edits to you as soon as possible.

Separately, we intend to file a motion to stay the case. Please let us know if you are available for a meet and confer on Monday or Tuesday. We are available on Monday between 10:30 AM – 4 PM CST and Tuesday anytime until 4 PM CST.

Thanks,
Sammy

SAMMY SCHICKEL
Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686     **Email** sschickel@mwe.com
Website | vCard | LinkedIn

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Wednesday, April 23, 2025 3:50 PM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>; Fareed, Syed <Sfareed@mwe.com>
**Subject:** Re: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

**[ External Email ]**

Exhibit 6
Page 6

Bill and Syed – It was nice to meet you all this morning in person.

Attached is a Word version of the Schedule per the Court's Order. If this looks good, I'll email it to the law clerk.

In addition, please provide any edits to the Protective Order and ESI Order we sent around three weeks ago.

Thanks,

Christian



NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Date:** Sunday, April 20, 2025 at 9:23 PM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>, Jamie Levien <jlevien@McKoolSmith.com>, Saif Askar <saskar@McKoolSmith.com>, Columbia, Sarah <Scolumbia@mwe.com>, Fischer, Sarah <Sjfischer@mwe.com>, Kim, Mandy <Mhkim@mwe.com>, Melissa Pitre <mrichardson@McKoolSmith.com>, MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>, Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** Re: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

That works. Thanks, Christian.

SAMMY SCHICKEL
Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701-4076
**Tel** +1 512 298 5686    **Email** sschickel@mwe.com
Website | vCard | Twitter | LinkedIn


> On Apr 20, 2025, at 9:20 PM, Christian Hurt <churt@mckoolsmith.com> wrote:

Exhibit 6
Page 7

**[ External Email ]**

Hi Sammy – We won't have any further changes. I assume I can change the meet-and-confer date on both parties' submissions to April 14 (instead of April 13). We'll get it on file.

Christian

**McKool Smith** | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Date:** Friday, April 18, 2025 at 5:06 PM
**To:** Christian Hurt <churt@McKoolSmith.com>, Gaede, William <WGaede@mwe.com>
**Cc:** Jamie Levien <jlevien@McKoolSmith.com>, Saif Askar <saskar@McKoolSmith.com>, Columbia, Sarah <Scolumbia@mwe.com>, Fischer, Sarah <Sjfischer@mwe.com>, Kim, Mandy <Mhkim@mwe.com>, Melissa Pitre <mrichardson@McKoolSmith.com>, MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>, Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Hi Christian,

Our edits to the scheduling order are in the attached in red line. To the extent you made additional edits, we would like to review.

We don't have any edits to the joint notice as currently drafted.

Thanks, and have a good weekend,
Sammy

SAMMY SCHICKEL
Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686     **Email** sschickel@mwe.com
Website | vCard | LinkedIn

Exhibit 6
Page 8

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Friday, April 18, 2025 1:07 PM
**To:** Gaede, William <WGaede@mwe.com>; Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

[ External Email ]

Hi Bill – See if this one works.

Christian

**McKool Smith** | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Gaede, William <WGaede@mwe.com>
**Sent:** Friday, April 18, 2025 11:53 AM
**To:** Christian Hurt <churt@McKoolSmith.com>; Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Hi Christian,

Exhibit 6
Page 9

Looks like the redline may have been scrubbed when sent as I don't see any redline on my version. Can you re-send?

Thanks,

Bill

WILLIAM G. GAEDE
Partner
Intellectual Property Practice Group

**McDermott Will & Emery LLP** 415 Mission Street, Suite 5600, San Francisco, CA 94105-2616
**Tel** +1 650 815 7435    **Mobile** +1 415 999 4597    **Email** wgaede@mwe.com
Biography | Website | vCard | LinkedIn

---

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Friday, April 18, 2025 9:26 AM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

[ External Email ]
HI Sammy – I accepted all of Defendants' changes and then redlined from there (clean and redline attached). Also attached is the Joint Notice. Let me know if these look good. Given the Monday noon deadline, I'd appreciate any edits today / tomorrow.

Thanks,

Christian

**McKool Smith** | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

Exhibit 6
Page 10

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Wednesday, April 16, 2025 5:35 PM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** Re: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Thanks Sammy. I'll take a look.

I was hopeful that we'd get agreement on the schedule after the call (or at least make some traction), so I took out all the arguments). But it appears that Alnylam will not move off its position on discovery and the schedule. Please let me know if I am wrong about that.

We'll circulate a draft of a joint letter for filing on Monday. I'm in Court tomorrow, so it may not be until tomorrow night.

Thanks,

Christian


**McKool Smith** | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Date:** Wednesday, April 16, 2025 at 4:55 PM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>, Jamie Levien <jlevien@McKoolSmith.com>, Saif Askar <saskar@McKoolSmith.com>, Columbia, Sarah <Scolumbia@mwe.com>, Fischer, Sarah <Sjfischer@mwe.com>, Kim, Mandy <Mhkim@mwe.com>, Melissa Pitre <mrichardson@McKoolSmith.com>, MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>, Amanda K. Johns <ajohns@McKoolSmith.com>

Exhibit 6
Page 11

**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Hi Christian,

Thanks for sending along the redline. With respect to the claim construction briefing, we aren't amenable to doing simultaneous exchange of opening/reply claim construction briefs. We reverted to the original briefing schedule, but to compromise, agreed to plaintiff having a sur-reply.

We also disagreed with taking out Alnylam's arguments regarding the case schedule, so we rejected your edits. We made a couple of additional edits, but they are minor (e.g., pushing out the JCC statement by 1 week to accommodate plaintiff's sur-reply).

Please let us know if you'd like to discuss. Happy to jump on a call.

Thanks,
Sammy

SAMMY SCHICKEL
Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686    **Email** sschickel@mwe.com
Website | vCard | LinkedIn

---

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Tuesday, April 15, 2025 9:26 AM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

**[ External Email ]**
Sammy and Bill –

Thanks again for taking the time yesterday to meet-and-confer.

Attached is a redline along the lines we discussed on the call.

Let me know if Defendants can agree to open discovery on or around the date Plaintiff's proposed in the Scheduling Order and we can talk about moving some of the other deadlines back to accommodate Defendants' scheduling concerns. Note that we moved our dates back about a month to account for the schedule being entered on the

Exhibit 6
Page 12

date of the hearing (as opposed to last month when we filed the Proposed Scheduling Order).

Thanks,

Christian

**McKool Smith** | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Sent:** Friday, April 11, 2025 11:09 AM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Thanks, Christian. That works for us. Dial-in is below.

## Join McDermott Zoom Meeting

| | |
|---|---|
| Meeting ID: | 933 5363 6390 |
| Password: | 497217 |
| Phone one-tap: | US: +16699009128,,93353636390#,,#,,497217# or +17207072699,,93353636390#,,#,,497217# |
| Meeting URL: | https://mwe.zoom.us/j/93353636390?pwd=HeqoreREW4Nk6aIbL1dlsKXk4clXKi.1&from=addon |

**Join by Telephone**

Exhibit 6
Page 13

For higher quality, dial a number based on your current location.
Dial:

    US: +1 669 900 9128 or +1 720 707 2699 or +1 646 558 8656
    United Kingdom: +44 131 460 1196
    Italy: +39 020 066 7245
    Germany: +49 69 3807 9883
    Belgium: +32 2 290 9360

Phone Password: 497217

International numbers

Have a good weekend,
Sammy

SAMMY SCHICKEL
Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686    **Email** sschickel@mwe.com
Website | vCard | LinkedIn

---

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Friday, April 11, 2025 10:02 AM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** Re: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

**[ External Email ]**

Thanks Sammy.  I am free on Monday (4/14) at 1030 AM Central.

Thanks,

Christian

McKool Smith | Christian Hurt
Principal | Dallas, TX | Tel: (214) 978-4060 | Mobile: (832) 659-4460

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

Exhibit 6
Page 14

**From:** Schickel, Samoneh <Sschickel@mwe.com>
**Date:** Tuesday, April 8, 2025 at 6:16 PM
**To:** Christian Hurt <churt@McKoolSmith.com>
**Cc:** Gaede, William <WGaede@mwe.com>, Jamie Levien <jlevien@McKoolSmith.com>, Saif Askar <saskar@McKoolSmith.com>, Columbia, Sarah <Scolumbia@mwe.com>, Fischer, Sarah <Sjfischer@mwe.com>, Kim, Mandy <Mhkim@mwe.com>, Melissa Pitre <mrichardson@McKoolSmith.com>, MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>, Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** RE: Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

Hi Christian,

We are reviewing the documents you sent and will get our edits back to you as soon as we can.

With respect to Magistrate Judge Lane's order that we meet and confer regarding the scheduling order, are you available on Monday (04/14)? We are available from 10:30 AM – 1 PM CST that day.

Thanks,
Sammy

SAMMY SCHICKEL
Partner
**McDermott Will & Emery LLP**  300 Colorado Street, Suite 2200, Austin, TX 78701
**Tel** +1 512 298 5686     **Email** sschickel@mwe.com
Website | vCard | LinkedIn

---

**From:** Christian Hurt <churt@McKoolSmith.com>
**Sent:** Thursday, April 3, 2025 11:30 AM
**To:** Schickel, Samoneh <Sschickel@mwe.com>
**Cc:** Gaede, William <WGaede@mwe.com>; Jamie Levien <jlevien@McKoolSmith.com>; Saif Askar <saskar@McKoolSmith.com>; Columbia, Sarah <Scolumbia@mwe.com>; Fischer, Sarah <Sjfischer@mwe.com>; Kim, Mandy <Mhkim@mwe.com>; Melissa Pitre <mrichardson@McKoolSmith.com>; MD_Anderson-Alnylam <MD_Anderson-Alnylam@mckoolsmith.com>; Amanda K. Johns <ajohns@McKoolSmith.com>
**Subject:** Board of Regents v. Alnylam (WDTX 1:24-cv-1524) -- Protective Order and ESI Order

**[ External Email ]**

Exhibit 6
Page 15

Hi Sammy – I wanted to get the process started on the Protective Order and ESI Order. Attached are drafts of each. Please let me know if you all have any edits.

Thanks,

Christian

NOTICE OF CONFIDENTIALITY: The information contained in and transmitted with this e-mail is SUBJECT TO THE ATTORNEY-CLIENT and ATTORNEY WORK PRODUCT PRIVILEGE and is CONFIDENTIAL. It is intended only for the individual or entity designated above. You are hereby notified that any dissemination, distribution, copying, use or reliance upon the information contained in and transmitted with this e-mail by or to anyone other than the addressee designated above by the sender is unauthorized and strictly prohibited. If you have received this e-mail in error, please notify the sender by reply immediately. Any e-mail erroneously transmitted to you should be immediately destroyed.

****************************************************************************************************

This message is a PRIVATE communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our Privacy Policy explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
****************************************************************************************************

Please visit http://www.mwe.com/ for more information about our Firm.

Exhibit 6
Page 16