IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM<br><br>Plaintiff,<br><br>vs.<br><br>ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.<br><br>Defendants | Civil Action No. 1:24-cv-1524-DAE<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF SAMONEH SCHICKEL IN SUPPORT OF
ALNYLAM'S OPPOSED MOTION FOR PROTECTIVE ORDER ON
DEPOSITIONS AND DISCOVERY REQUESTS**

I, Samoneh Schickel, declare as follows:

1. I am an attorney at law duly licensed to practice in the State of Texas and admitted to practice before this Court. I am a partner at McDermott, Will, & Emery LLP and counsel of record for Defendants Alnylam Pharmaceuticals Inc., and Alnylam US Inc. in the above-captioned matter. I have knowledge of the following and if called as a witness, could and would testify competently to the contents herein.

2. Attached as **Exhibit 1** are true and correct copies of Plaintiff's May 7, 2025 served discovery:

- Notices of 30(b)(1) Deposition to Ben Johnson, Heather Smith, Jane Regan, and Steve Bossone;
- Notice of 30(b)(6) Deposition to Alnylam;
- First Set of Interrogatories (Nos. 1-16) to Alnylam; and
- First Set of Requests for Production (Nos. 1-40) to Alnylam.

3. Attached as **Exhibit 2** is a true and correct copy of an email chain between counsel for Plaintiff and Alnylam dated April 3, 2025 through June 3, 2025.

4. Attached as **Exhibit 3** are true and correct copies of Plaintiff's June 3, 2025 served discovery:

- Amended Notices of 30(b)(1) Deposition to Ben Johnson, Heather Smith, Jane Regan, and Steve Bossone; and
- Amended Notice of 30(b)(6) Deposition to Alnylam.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: June 5, 2025                                By: /s/ Samoneh Schickel
                                                       Samoneh Schickel

1