IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM,<br>Plaintiff,<br>v.<br><br>ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.,<br>Defendants. | §<br>§<br>§<br>§<br>§   A-24-CV-1524-DAE<br>§<br>§<br>§ |

**ORDER**

Defendants' Opposed Motion to Stay Discovery (Dkt. 38), Defendants' Opposed Motion for Protective Order (Dkt. 50), and all related briefing is before the court. Dkts. 46, 48, 51, 53.[1] The undersigned held a hearing on these motions on July 1, 2025. After reviewing the pleadings, the relevant case law, and hearing oral arguments, the undersigned holds as follows.

The court will allow the parties to conduct limited venue discovery subject to the following constraints and timeline. Plaintiff is allowed ten requests for production, five interrogatories, and 10 hours total of depositions (including 30(b)(1) and 30(b)(6)). Plaintiff shall serve its requests for production, interrogatories, and any 30(b)(6) topics **on or before July 9, 2025**; Defendants shall respond to the written discovery **on or before July 16, 2025**; and Plaintiff shall serve any 30(b)(1) notices as quickly as possible upon receiving Defendants' responses. All depositions shall be completed **on or before August 8, 2025**.

Accordingly, the court **GRANTS in part and DENIES in part** both Defendants' Opposed Motion to Stay Discovery (Dkt. 38) and Defendants' Opposed Motion for Protective Order (Dkt.

---

[1] These motions were referred by United States Senior District Judge David Ezra to the undersigned pursuant to 28 U.S.C. § 636(b), Rule 72 of the Federal Rules of Civil Procedure, and Rule 1 of Appendix C of the Local Rules of the United States District Court for the Western District of Texas. Text Orders Dated April 30 and June 6, 2025.

1

50). The motions are granted to the extent described above, and all remaining discovery deadlines in this case, except the limited venue discovery deadlines described above, are **STAYED** through August 8, 2025.

SIGNED July 1, 2025.

_____
MARK LANE
UNITED STATES MAGISTRATE JUDGE

2