**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |
|---|---|
| THE BOARD OF REGENTS OF THE<br>UNIVERSITY OF TEXAS SYSTEM<br><br>      Plaintiff,<br><br>vs.<br><br>ALNYLAM PHARMACEUTICALS INC.<br>AND ALNYLAM U.S., INC.<br><br>      Defendants | Civil Action No. 1:24-cv-1524-DAE<br><br>JURY TRIAL DEMANDED |

**JOINT STIPULATION TO STAY NON-VENUE RELATED DEADLINES AND TO SET A SUPPLEMENTAL SCHEDULING CONFERENCE; [PROPOSED] ORDER THEREON**

Whereas on July 1, 2025, the Court granted in part and denied in part Alnylam's Motion to Stay, ruling that "all remaining discovery deadlines in this case, except the limited venue discovery deadlines are STAYED through August 8, 2025." D.I. 55.

Whereas, on July 2, 2025, the Court dismissed without prejudice Alnylam's Motion to Dismiss in view of the pending venue discovery. D.I. 57.

Whereas, on July 30, 2025, the Court granted Plaintiff's unopposed motion to extend the deadline to complete venue depositions to on or before September 12, 2025. D.I. 62.

Whereas, the Parties agree that in view of the foregoing, including the grant of the stay, the deadlines set forth in the current Amended Scheduling Order (D.I. 49) should be stayed through a Supplemental Scheduling Conference following the completion of venue discovery.

Now, therefore, the parties hereby jointly stipulate that:

1

1.      All deadlines in this case shall be stayed subject to further Court Order except for the completion of venue discovery and Plaintiff's anticipated Motion to File Rule 12 Motion on Defendants' Answer (D.I. 62).

2.      The parties request a Supplemental Scheduling Conference the week of September 29, 2025, or thereafter at the convenience of the Court, with a Supplemental Case Management Report and proposed Second Amended Scheduling Order to be filed by September 24, 2025, to address a revised case schedule and the effect, if any, of a renewed motion to stay in support of a renewed Motion to Dismiss.

| /s/ Christian J. Hurt | /s/ Samoneh Schickel |
|---|---|
| Christian J. Hurt | Samoneh Schickel |
| Texas Bar No. 24059987 | Texas Bar No. 24097911 |
| churt@mckoolsmith.com | Syed K. Fareed |
| MCKOOL SMITH, P.C. | Texas Bar No. 24065216 |
| 300 Crescent Court, Suite 1200 | McDermott Will & Emery LLP |
| Dallas, TX 75201 | 300 Colorado Street, Suite 2200 |
| Telephone: (214) 978-4060 | Austin, TX 78701 |
| Telecopier: (214) 978-4044 | Tel: (512) 726-2600 |
|  | Fax: (512) 532-0002 |
| Jamie Levien | sschickel@mwe.com |
| New York Bar No. 6161970 | sfareed@mwe.com |
| jlevien@mckoolsmith.com |  |
| MCKOOL SMITH, P.C. | William G. Gaede, III *(Admitted Pro Hac Vice)* |
| 1717 K Street NW, Suite 1000 | McDermott Will & Emery LLP |
| Washington, DC 20006 | 415 Mission Street, Suite 5600 |
| Telephone: 202-370-8300 | San Francisco, CA 94105 |
| Telecopier: 202-370-8344 | (650) 815-7400 |
|  | wgaede@mwe.com |
| Jennifer Truelove |  |
| Texas Bar No. 24012906 | Sarah Chapin Columbia *(Admitted Pro Hac Vice)* |
| jtruelove@mckoolsmith.com | Sarah J. Fischer *(Admitted Pro Hac Vice)* |
| MCKOOL SMITH, P.C. | McDermott Will & Emery LLP |
| 104 East Houston Street, Suite 300 | 200 Clarendon Street, Floor 58 |
| Marshall, TX 75670 | Boston, MA 02116-5021 |
| Telephone: (903) 923-9000 | (617) 535-4000 |
| Telecopier: (903) 923-9099 | scolumbia@mwe.com |
|  | sjfischer@mwe.com |
| Saif Askar |  |

New York Bar No. 5833181
saskar@mckoolsmith.com
MCKOOL SMITH, P.C.
600 Travis Street, Suite 7000
Houston, Texas 77002
Telephone: (713) 485-7300
Telecopier: (713) 485-7344

*Attorneys For Plaintiff*
*The Board of Regents of the*
*University of Texas System*

Dated: August 4, 2025

Mandy H. Kim *(Admitted Pro Hac Vice)*
McDermott Will & Emery LLP
23 Corporate Plaza Drive, Suite 135
Newport Beach, CA 92660
(949) 757-6061
mhkim@mwe.com

*Attorneys for Defendants*
*Alnylam Pharmaceuticals, Inc. and Alnylam U.S.*
*Inc.*

## ORDER

Good cause, therefore, appearing, the Court **grants** the above stay and sets a Supplemental

Scheduling Conference on _____, 2025

**SO ORDERED** on _____, 2025        _____

THE HONORABLE DAVID A. EZRA
UNITED STATES DISTRICT JUDGE