# EXHIBIT 27

THE UNIVERSITY OF TEXAS
MD Anderson
~~Cancer~~ Center



Anil K. Sood, M.D.

**Department of Gynecologic Oncology and Reproductive Medicine, Division of Surgery**

★★★★★ 4.9/5    145 surveys    37 comments

UT-MDA-00004197

## About Dr. Sood

Dr. Anil K. Sood is Professor and Vice Chair for Translational Research in the Departments of Gynecologic Oncology and Cancer Biology and co-director of the Center for RNA Interference and Non-Coding RNA at the MD Anderson Cancer Center. He is also Director of the multi-disciplinary Blanton-Davis Ovarian Cancer Research Program. Dr. Sood co-leads the Ovarian Cancer Moon Shot Program.

Dr. Sood received his medical degree from the University of North Carolina, Chapel Hill, North Carolina. His research is focused in three main areas: 1) mechanisms of angiogenesis and metastasis in ovarian cancer; 2) effects of neuroendocrine stress hormones on ovarian cancer growth and progression, 3) development of new strategies for systemic in vivo siRNA delivery. Dr. Sood has received major recognition for his research accomplishments including the Hunter Award, the Margaret Greenfield/Carmel Cohen Excellence in Ovarian Cancer Research Prize, and the GCF/Claudia Cohen Research Foundation Prize for Outstanding Gynecologic Cancer Researcher. He is an elected member of the American Society for Clinical Investigation (ASCI), the American Association for the Advancement of Science (AAAS), and the Association of American Physicians (AAP). He was appointed as an American Cancer Society Professor in 2017.

### Present Title & Affiliation

**Primary Appointment**

Graduate Faculty, Regular Member, Graduate School of Biomedical Sciences, The University of Texas Health Science Center, Houston, TX

Professor, Department of Gynecologic Oncology and Reproductive Medicine, Division of Surgery, The University of Texas MD Anderson Cancer Center, Houston, TX

Director, Ovarian Cancer Research, Department of Gynecologic Oncology, The University of Texas MD Anderson Cancer Center, Houston, TX

Co-Director, Center for RNA Interference and Non-Coding RNA, The University of Texas MD Anderson Cancer Center, Houston, TX

Vice Chairman, Department of Gynecologic Oncology and Reproductive Medicine, Division of Translational Research, The University of Texas MD Anderson Cancer Center, Houston, TX

Director, Blanton-Davis Ovarian Cancer Research Program, Department of Gynecologic Oncology and Reproductive Medicine, Division of Surgery, The University of Texas MD Anderson Cancer Center, Houston, TX

Co-Director, Ovarian Cancer Moonshot Program, Department of Gynecologic Oncology and Reproductive Medicine, Division of Surgery, The University of Texas MD Anderson Cancer Center, Houston, TX

**Dual/Joint/Adjunct Appointment**

Professor, Department of Cancer Biology, The University of Texas MD Anderson Cancer Center, Houston, TX

### Research Interests

A major and consistent theme for my scientific research has been on understanding human cancer biology and converting lab discoveries into novel therapeutics. Our recent work has been focused in the following areas:

Delivering on the promise of RNAi therapy. Our research group is at the forefront of science related to targeting the "undruggable" using non-coding RNAs (ncRNA) for therapy. The use of short-interfering RNA (siRNA) allows rapid therapy development for any target of interest, and could have a profound impact on many cancer types. We are focusing on using siRNA-based strategies rather than longer fragments because many cancers have alterations in the RNAi processing machinery. To address many of the existing challenges with RNAi therapy, we carried out a systematic approach for identifying safe and effective methods for systemic siRNA delivery. After extensive testing, a clinical trial has been started. We have also developed several other platforms (e.g., chitosan, rHDL) for ncRNA delivery into cancer and stromal cells. Bridging the science to clinic. We have had a major focus on targeting the tumor microenvironment. Recent projects are focused on: 1) understanding the mechanisms of and overcoming adaptive resistance to anti-angiogenesis drugs; 2) identifying and targeting novel angiogenesis pathways; 3) defining the role of platelets and exosomes in the microenvironment; 4) overcoming immune suppression in ovarian cancers. Disrupting neural effects on tumor growth. Although many researchers have long suspected links between chronic stress and cancer progression, hard scientific evidence was largely lacking. Our group has provided both basic and translational medical knowledge of the role of chronic sympathetic nervous system (SNS) activation in cancer growth and progression. We were the first to show that SNS mediators can directly promote tumor angiogenesis and protect cancer cells from anoikis. Our current work is focused on identifying mechanism of neo-innervation in the tumor microenvironment.

### Education & Training

**Degree-Granting Education**

1991    University of North Carolina, Chapel Hill, NC, USA, MD, Medicine
1986    Davidson College, Davidson, NC, USA, BS, Pre Med

**Postgraduate Training**

1995-1998    Fellow, Gynecologic Oncology, University of Iowa Hospitals and Clinics, Iowa City, IA
1991-1995    Resident, Obstetrics and Gynecology, University of Florida, Shands Teaching Hospital, Gainesville, FL

### Licenses & Certifications

2001    American Board of Obstetrics and Gynecology, Certification of Special Qualifications in Gynecologic Oncology
1999    American Board of Obstetrics and Gynecology

© 2025 The University of Texas MD Anderson Cancer Center

UT-MDA-00004198

## Experience & Service

### Administrative Appointments/Responsibilities

Director, Blanton-Davis Ovarian Cancer Research Program, The University of Texas MD Anderson Cancer Center, Houston, TX, 2007 - Present

Director, Journal Club, Department of Gynecologic Oncology, The University of Texas MD Anderson Cancer Center, Houston, TX, 2003 - 2012

### Other Professional Positions

Member, Scientific Advisory Committee, Ovarian Cancer Research Fund Alliance (OCRFA), Houston, TX, 2016 - Present

Member, Institute of Medicine Committee on the State of the Science in Ovarian Cancer Research, Houston, TX, 2014 - 2015

Faculty, Vail Methods in Clinical Cancer Research Workshop Sponsored by ASCO and AACR, Vali, CO, 2009 - 2015

Executive Committee Member, Reproductive Scientist Development Program, San Francisco, CA, 2006 - Present

Member, Gynecologic Cancer Scientific Steering Committee, National Cancer Institute, Bethesda, MD, 2006 - 2010

Chair, Internal Advisory Committee, Partnership for Excellence in Cancer Research, U54 Puerto Rico Cancer Center/The University of Texas MD Anderson Cancer Center, San Juan, PR, 2006 - Present

### Institutional Committee Activities

Member, Steering Committee, Cancer Biology Program, UT MD Anderson UTHealth Graduate School of Biomedical Sciences, 2017 - 2018

Member, Vice Provost Advisory Council (VPAC) on Clinical Research, 2015 - Present

Member, Sabin Family Foundation Fellow Award Committee, 2015 - Present

M.D./Ph.D. Program Board, UTHealth and MD Anderson Cancer Center Graduate School of Biomedical Sciences (GSBS), 2014 - Present

Member, Institutional Research Executive Committee (IREC), MDACC, 2014 - 2017

Member, Technology Task Force, MDACC, 2014 - Present

Member, Endowment Positions and Awards Committee, MDACC, 2013 - 2016

Member, The Multidisciplinary Research Advisory Committee (MRAC), 2010 - 2013

Chairman, Internal Advisory Committee, U54 Puerto Rico Cancer Center/M.D. Anderson Cancer Center Partnership for Excellence in Cancer Research, 2007 - 2012

Member, Fellowship Admissions Committee, UT M.D. Anderson Cancer Center, 2004 - Present

Member, Research Affairs Committee, UT M.D. Anderson Cancer Center, 2004 - 2009

Member, Executive Committee, Blanton-Davis Ovarian Cancer Research Program, UT M.D. Anderson Cancer Center, 2004 - Present

### Honors & Awards

| Year | Award |
|---|---|
| 2015 | Making a Difference Award, The Belinda Sue Fund |
| 2014 | Society for Gynecologic Investigation President's Achievement Award |
| 2014 | Rosalind Franklin Ovarian Cancer Research award (Ovarian Cancer National Alliance) |
| 2012 | Elected Fellow, The American Association for the Advancement of Science |
| 2011 | America's Top Doctors for Cancer, Castle Connolly Medical Ltd. (U.S. News & World Report rankings) |
| 2011 | GCF/Claudia Cohen Research Foundation Prize for Outstanding Gynecologic Cancer Researcher |
| 2011 | Dallas/Fort Worth Living Legend Faculty Achievement Award in Basic Research, MD Anderson Cancer Center |
| 2010 - Present | Elected, Fellow of the Academy of Behavioral Medicine, Academy of Behavioral Medicine |
| 2009 | Excellence in Teaching Award, Association of Professors of Gynecology and Obstetrics, The University of Texas M.D. Anderson Cancer Center |
| 2009 | Elected, The American Society for Clinical Investigation |
| 2008 | Elected Fellow, The American Gynecological and Obstetrical Society |
| 2008 | Elected, Alpha Omega Alpha Honor Medical Society |
| 2007 | Excellence in Ovarian Cancer Research Award, The Gynecologic Cancer Foundation/Margaret Greenfield/Carmel Cohen, MD |
| 2007 | Educator of the Month, UT M.D. Anderson Cancer Center |
| 2006 - 2009 | Faculty Scholar Award, UT M.D. Anderson Cancer Center |
| 2005 | Educator of the Month, UT M.D. Anderson Cancer Center |
| 2003 | Outstanding educator, UT M. D. Anderson Cancer Center |
| 2003 | Charles A. Hunter, Jr. Prize Thesis Award, The American Gynecological and Obstetrical Society. Functional role of matrix metalloproteinases in ovarian tumor cell plasticity |
| 2002 - 2004 | James F. Nolan Award for the best overall research presentation, Western Association of Gynecologic Oncologists and the Felix Rutledge Society, Monterey, CA |

### Selected Publications

#### Peer-Reviewed Articles

1. Pradeep S, Huang J, Mora EM, Nick AM, Cho MS, Wu SY, Noh K, Pecot CV, Rupaimoole R, Stein MA, Brock J, Wen Y, Xiong C, Gharpure K, Hansen JM, Nagaraja AS, Previs RA, Vivas-Mejia P, Han HD, Hu W, Mangala LS, Zand B, Stagg LJ, Ladbury JE, Ozpolat B, Alpay SN, Nishimura M, Stone RL, Matsuo K, Armaiz-Peña GN, Dalton HJ, Danes C, Goodman B, Rodriguez-Aguayo C, Kruger C, Schneider A, Haghpeykar S, Jaladurgam P, Hung MC, Coleman RL, Liu J, Li C, Urbauer D, Lopez-Berestein G, Jackson DB, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=26481148). Erythropoietin stimulates tumor growth via EphB4. Cancer Cell 28(5):610-22, 2015. e-Pub 2015. PMID: 26481148.
2. Liu Y, Zhang X, Han C, Wan G, Huang X, Ivan C, Jiang D, Rodriguez-Aguayo C, Lopez-Berestein G, Rao PH, Maru DM, Pahl A, He X, Sood AK, Ellis LM, Anderl J, Lu X (https://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=25901683). TP53 loss creates therapeutic vulnerability in colorectal cancer. Nature 520(7549):697-701, 2015. e-Pub 2015. PMID: 25901683.
3. Bottsford-Miller J, Choi HJ, Dalton HJ, Stone RL, Cho MS, Haemmerle M, Nick AM, Pradeep S, Zand B, Previs RA, Pecot CV, Crane EK, Hu W, Lutgendorf SK, Afshar-Kharghan V, Sood AK (https://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=25473001). Differential platelet levels affect response to taxane-based therapy in ovarian cancer. Clin Cancer Res 21(3):602-10, 2015. e-Pub 2014. PMID: 25473001.
4. Krzeszinski JY, Wei W, Huynh HD, Chang TC, Mangala LS, Lopez-Berestein G, Sood AK, Mendell JT, Wan Y.. Mir-34a suppresses osteoporosis and cancer bone metastasis by inhibiting osteoclastogenesis and targeting Tgif2. Nature 512:431-435, 2014.
5. Wu SY, Yang X, Gharpure KM, Hatakeyama H, Egli M, McGuire MH, Nagaraja AS, Miyake TM, Rupaimoole R, Pecot CV, Taylor M, Pradeep S, Sierant M, Rodriguez-Aguayo C, Choi HJ, Previs RA, Armaiz-Pena GN, Huang L, Martinez C, Hassell T, Ivan C, Sehgal V, Singhania R, Han HD, Su C, Kim JH, Dalton HJ, Kovvali C, Keyomarsi K, McMillan NA, Overwijk WW, Liu J, Lee JS, Baggerly KA, Lopez-Berestein G, Ram PT, Nawrot B, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=24619206). 2'-OMe-phosphorodithioate-modified siRNAs show increased loading into the RISC complex and enhanced anti-tumour activity. Nat Commun 5:3459, 2014. e-Pub 2014. PMID: 24619206.
6. Pradeep S, Kim SW, Wu SY, Nishimura M, Chaluvally-Raghavan P, Miyake T, Pecot CV, Kim SJ, Choi HJ, Bischoff FZ, Mayer JA, Huang L, Nick AM, Hall CS, Rodriguez-Aguayo C, Zand B, Dalton HJ, Arumugam T, Jeong LH, Han HD, Cho MS, Rupaimoole R, Mangala LS, Sehgal V, Oh SC, Liu J, Lee JS, Coleman RL, Ram P, Lopez-Berestein G, Fidler IJ, Sood AK. Hematogenous metastasis of ovarian cancer: Rethinking mode of spread. Cancer Cell 26(1):77-91, 2014.
7. Armaiz-Pena GN, Allen JK, Cruz A, Stone RL, Nick AM, Lin YG, Han LY, Mangala LS, Villares GJ, Vivas-Mejia P, Rodriguez-Aguayo C, Wu Z, English RD, Soman KV, Shahazad MMK, Zigler M, Deavers MT, Zien A, Soldatos TG, Jackson DB, Wiktorowicz JE, Torres-Lugo M, Young T, De Geest K, Gallick GE, Bar-Eli M, Lopez-Berestein G, Cole SW, Lopez GE, Lutgendorf SK, Sood AK.. Src activation by β-adrenoreceptors is a key switch for tumor metastasis. Nature Communications 4:1403, 2013.
8. Masiero M, Simoes FC, Han HD, Snell C, Peterkin T, Bridges E, Mangala LS, Wu SY, Pradeep S, Li D, Han C, Dalton H, Lopez-Berestein G, Tuynman JB, Mortensen N, Li JL, Patient R, Sood AK, Banham AH, Harris AL, Buffa FM. A core primary tumor angiogenesis signature identifies the endothelial orphan receptor ELTD1 as a key regulator of angiogenesis. Cancer Cell 24(2):229-41, 2013. PMID: 23871637.
9. Stone RL, Nick AM, McNeish IA, Balkwill F, Han HD, Bottsford-Miller J, Rupairmoole R, Armaiz-Pena GN, Pecot CV, Coward J, Deavers MT, Vasquez HG, Urbauer D, Landen CN, Hu W, Gershenson H, Matsuo K, Shahzad MM, King ER, Tekedereli I, Ozpolat B, Ahn EH, Bond VK, Wang R, Drew AF, Gushiken F, Lamkin D, Collins K, DeGeest K, Lutgendorf SK, Chiu W, Lopez-Berestein G, Afshar-Kharghan V, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=22335738). Paraneoplastic thrombocytosis in ovarian cancer. N Engl J Med 366(7):610-618, 2012. PMID: 22335738.
10. Coleman RL, Duska LR, Ramirez PT, Heymach JV, Kamat AA, Modesitt SC, Schmeler KM, Iyer RB, Garcia ME, Miller DL, Jackson EF, Ng CS, Kundra V, Jaffe R, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=21992853). Phase 1-2 study of docetaxel plus aflibercept in patients with recurrent ovarian, primary peritoneal, or fallopian tube cancer. Lancet Oncol 12(12):1109-17, 2011. e-Pub 2011. PMID: 21992853.
11. Lu C, Han HD, Mangala LS, Ali-Fehmi R, Newton CS, Ozbun L, Armaiz-Pena GN, Hu W, Stone RL, Munkarah A, Ravoori MK, Shahzad MM, Lee JW, Mora E, Langley RR, Carroll AR, Matsuo K, Spannuth WA, Schmandt R, Jennings NB, Goodman BW, Jaffe RB, Nick AM, Kim HS, Guven EO, Chen YH, Li LY, Hsu MC, Coleman RL, Calin GA, Denkbas EB, Lim JY, Lee JS, Kundra V, Birrer MJ, Hung MC, Lopez-Berestein G, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=20708159). Regulation of tumor angiogenesis by EZH2. Cancer Cell 18(2):185-97, 2010. PMID: 20708159.
12. Sood AK, Armaiz-Pena GN, Halder J, Nick AM, Stone RL, Hu W, Carroll AR, Spannuth WA, Deavers MT, Allen JK, Han LY, Kamat AA, Shahzad MM, McIntyre BW, Diaz-Montero CM, Jennings NB, Lin YG, Merritt WM, DeGeest K, Vivas-Mejia PE, Lopez-Berestein G, Schaller MD, Cole SW, Lutgendorf SK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=20389021). Adrenergic modulation of focal adhesion kinase protects human ovarian cancer cells from anoikis. J Clin Invest 120(5):1515-1523, 2010. e-Pub 2010. PMID: 20389021.
13. Merritt WM, Lin YG, Han LY, Kamat AA, Spannuth WA, Schmandt R, Urbauer D, Pennacchio LA, Cheng JF, Nick AM, Deavers MT, Mourad-Zeidan A, Wang H, Mueller P, Lenburg ME, Gray JW, Mok S, Birrer MJ, Lopez-Berestein G, Coleman RL, Bar-Eli M, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=19092150). Dicer, Drosha, and outcomes in patients with ovarian cancer. N Engl J Med 359(25):2641-50, 2008. PMID: 19092150.
14. Merritt WM, Lin YG, Spannuth WA, Fletcher MS, Kamat AA, Han LY, Landen CN, Jennings N, DeGeest K, Langley R, Villares G, Sanguino A, Lutgendorf SK, Lopez-Berestein G, Bar-Eli MM, Sood AK. Effects of IL-8 targeted therapy with liposome incorporated siRNA on ovarian cancer growth. J Natl Cancer Inst 100:359-372, 2008.
15. Fernandez A, Sanguino A, Peng Z, Ozturk E, Chen J, Crespo A, Shavrin A, Qin A, Maxwell D, Ma J, Trent J, Lin YG, Gelovani J, Bornmann W, Sood AK, Lopez-Berestein G. Curbing cardiotoxicity of anti-cancer drug imatinib through rational molecular re-engineering: From in silico design to animal model. J ClinI Invest 117(12):4044-4054, 2007.
16. Nilsson MB, Armaiz-Pena G, Takahashi R, Lin YG, Trevino J, Li Y, Arevalo J, Lutgendorf SK, Gallick GG, Lopez-Berestein G, Cole SW, Sood AK. Stress hormones regulate IL-6 expression by ovarian carcinoma cells through a Src-dependent mechanism. J Biol Chem 282(41):29919-29926, 2007.
17. Landen CN, Jr, Lu C, Han LY, Coffman KT, Bruckheimer E, Halder J, Mangala LS, Merritt WM, Lin YG, Gao C, Schmandt R, Kamat AA, Li Y, Thaker P, Gershenson DM, Parikh NU, Gallick GE, Kinch MS, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=17077358). Efficacy and antivascular effects of EphA2 reduction with an agonistic antibody in ovarian cancer. J Natl Cancer Inst 98:1558-70, 2006. PMID: 17077358.
18. Thaker PH, Han LY, Kamat AA, Arevalo JM, Takahashi R, Lu C, Jennings NB, Armaiz-Pena G, Bankson JA, Ravoori M, Merritt WM, Lin YG, Mangala LS, Kim TJ, Coleman RL, Landen CN, Li Y, Felix E, Sanguino AM, Newman RA, Lloyd M, Gershenson DM, Kundra V, Lopez-Berestein G, Lutgendorf SK, Cole SW, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=16862152). Chronic stress promotes tumor growth and angiogenesis in a mouse model of ovarian carcinoma. Nat Med 12:939-44, 2006. PMID: 16862152.
19. Landen CN, Jr, Chavez-Reyes A, Bucana C, Schmandt R, Deavers MT, Lopez-Berestein G, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=16061675). Therapeutic EphA2 gene targeting in vivo using neutral liposomal small interfering RNA delivery. Cancer Res 65(15):6910-8, 2005. PMID: 16061675.

### Other Articles

1. Antoni MH, Lutgendorf SK, Cole SW, Dhabhar FS, Sephton SE, McDonald PG, Stefanek M, Sood AK (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=16498446) The influence of bio-behavioral factors on tumour biology: pathways and mechanisms. Nat Rev Cancer 6(3):240-8, 2006. PMID: 16498446.
2. Sood AK, Sorosky JI (http://www.ncbi.nlm.nih.gov/entrez/query.fcgi?cmd=Retrieve&db=PubMed&dopt=Citation&list_uids=9629575) Invasive cervical cancer complicating pregnancy. How to manage the dilemma. Obstet Gynecol Clin North Am 25(2):343-52, 1998. PMID: 9629575.

Patient Reviews

★★★★★
4.9/5 **Overall Rating (145 reviews)**
Understand Star Ratings

1.
★★★★★ 5/5
Listened Carefully to You

2.
★★★★★ 4.9/5
Explanations Easy to Understand

3.
★★★★★ 4.9/5
Knew Your Medical History

4.
★★★★★ 4.9/5
Gave Easy to Understand Instructions

5.
★★★★★ 4.9/5
Spent Enough Time With You

6.
★★★★★ 4.9/5
Showed Respect for You

7.
★★★★★ 4.9/5
Would Recommend Provider's Office

8.
★★★★★ 4.9/5
Provider Rating 0 - 10

## Comments (37)

Dr. Sood has been a wonderful provider. His staff has been excellent. The only issue I have is with some of the customer service people that I've had to deal with through MD Anderson have been less than professional and unhelpful. That would be my only complaint and request... continue reading

I am truly grateful Dr Sood, [...] & staff for excellent care & compassion extended to me.

Dr. Sood is an outstanding oncologist. He is highly knowledgeable and takes the time to thoroughly review my labs and scans, ensuring he understands my current condition and how it has evolved over time. He is also incredibly encouraging and genuinely pleased with the... continue reading

Feel very grateful to be under Dr Sood's care.

Very knowledgeable. Excellent care. I trust the doctor and his team.