**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM<br><br>Plaintiff,<br><br>vs.<br><br>ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.<br><br>Defendants. | Civil Action No. 1:25-cv-13865-BEM<br><br>JURY TRIAL DEMANDED |

**DECLARATION OF WILLIAM G. GAEDE, III IN SUPPORT OF DEFENDANTS ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S. INC.'S OPENING CLAIM CONSTRUCTION BRIEF**

I, William G. Gaede, III, declare as follows:

1.     I am an attorney at law duly licensed to practice in the state of California.  I am a partner at McDermott, Will, & Schulte LLP and counsel of record for Defendants Alnylam Pharmaceuticals Inc., and Alnylam US Inc. in the above-captioned matter.  I have knowledge of the following and if called as a witness, could and would testify competently to the contents herein.

2.     Attached as **Exhibit 1** is a true and correct copy of U.S. Patent No. 8,895,717.

3.     Attached **as Exhibit 2** is a true and correct copy of the expert declaration of Steven F. Dowdy.

4.     Attached as **Exhibit 3** is a true and correct copy of the prosecution history for U.S. Patent No. 8,895,717 that is excerpted to remove the copies of the prior art references filed with the Patent Office.

5.     Attached as **Exhibit 4** is a true and correct copy of Rudolph L. Juliano, Liposomes as a drug delivery system, Trends in Pharmacological Sciences, Volume 2, 1981, Pages 39-42, ISSN 0165-6147.

1

6.      Attached as **Exhibit 5** is a true and correct copy of Tari AM, Tucker SD, Deisseroth A, Lopez-Berestein G. Liposomal delivery of methylphosphonate antisense oligodeoxynucleotides in chronic myelogenous leukemia. Blood. 1994 Jul 15;84(2):601-7. PMID: 8025286.

7.      Attached as **Exhibit 6** is a true and correct copy of "Lipid," *Encyclopedia Britannica*, accessed on August 11, 2023.

8.      Attached as **Exhibit 7** is a true and correct copy of an excerpt from Physicians' Desk Reference, Edition 58, bearing production numbers ALNY_REGENTS_00549359-78.

9.      During the parties' meet and confer on claim terms, as required by the Local Rules, Plaintiff confirmed that its "no construction necessary" position of the asserted claim phrase "encapsulate the siRNA such that greater than 90% of the liposomes encapsulate [the] siRNA" meant that 90% of the liposomes in the composition encapsulate siRNA.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 23, 2026                                    By: */s/ William G. Gaede, III*
                                                                        William G. Gaede, III

2