# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM<br><br>Plaintiff,<br><br>vs.<br><br>ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.<br><br>Defendants. | Civil Action No. 1:25-cv-13865-BEM<br><br>JURY TRIAL DEMANDED |

**Declaration of Steven F. Dowdy, Ph.D.**

April 22, 2026

_____          _____
Steven F. Dowdy, Ph.D.                                      Date

**TABLE OF CONTENTS**

I.    QUALIFICATIONS.................................................................................................. 1

II.   LEGAL STANDARD ............................................................................................. 3

III.  SUMMARY OF OPINION...................................................................................... 4

IV.   THE TECHNOLOGY ............................................................................................. 5

V.    ASSERTED CLAIMS ........................................................................................... 10

VI.   TERMS FOR CONSTRUCTION......................................................................... 12

    A.   "A Lipid Component"................................................................................ 12

    B.   "A Phospholipid Component".................................................................. 12

    C.   "The Phospholipid Is Not a Lysophosphatidylcholine or
        Lysophosphatidylethanolamine"............................................................. 13

    D.   "A Neutral Charge".................................................................................. 13

    E.   "Liposome" .............................................................................................. 14

        1.   Alnylam's Construction Comports with the Ordinary and
             Customary Meaning as Used in the '717 Patent....................................... 14

        2.   Plaintiff's Construction of Liposome Is Too Broad................................ 16

    F.   "Encapsulate the siRNA Such that Greater than 90% of the Liposomes
        Encapsulate siRNA" ............................................................................... 17

I, Steven F. Dowdy, declare as follows:

1.      Unless otherwise specified, I have personal knowledge of the facts set forth herein, which are known by me to be true and correct.  If called as a witness, I could and would competently testify to these statements.

2.      This declaration is submitted in support of Defendants Alnylam Pharmaceuticals Inc. and Alnylam U.S., Inc.'s ("Alnylam") claim construction position.

3.      I have been retained by Alnylam in the above-captioned matter and have been asked to offer my opinions as to the understanding of a person of ordinary skill in the art ("POSA") regarding certain claim terms of U.S. Patent No. 8,895,717 (the "'717 Patent).

4.      I am being compensated for my time at a rate of $1,000 hour.  My opinions stated herein are in no way dependent on my compensation.

## I.      QUALIFICATIONS

5.      I provide opinions in this report based upon my over forty years of education, scientific training, knowledge, and experience in the synthesis and delivery of RNA therapeutics as conjugates and lipid nanoparticles, cellular and molecular medicine, molecular genetics, molecular oncology and related fields.  A copy of my curriculum vitae is attached as Appendix A.

6.      I have been a Professor of Cellular and Molecular Medicine at the School of Medicine, University of California, San Diego (UCSD) since 2001.  My current research focuses on delivery and endosomal escape of siRNA and ASO and other nucleic acid-based therapeutics by conjugation and encapsulation via lipid nanoparticle (LNP) formation.  My research also includes designing and synthesizing novel chemical modifications for siRNA and ASO therapeutics, for example, bioreversible, charge-neutral phosphotriester backbone chemistries and endosomal escape domains, and exploring various conjugations and synthesis of novel ionizable lipids and LNP formulations that can target siRNA and ASO therapeutics to specific types of cells.

1

7.      I received my Ph.D. degree from University of California Irvine School of Medicine in 1990.  I completed my postdoctoral training under Prof. Robert A. Weinberg at the Whitehead Institute for Biomedical Research, Massachusetts Institute of Technology, in 1994.  In 1994, I was appointed as an Assistant Professor of Pathology and Medicine, Washington University School of Medicine.  In 2001, I moved my laboratory to UCSD where I was appointed an Associate Professor of Cellular and Molecular Medicine at the School of Medicine, and I was promoted to a Full Professor in 2005.  When I started my lab in 1994, I was also appointed as an Investigator at the Howard Hughes Medical Institute (HHMI) for 18 years

8.      Although I have used oligonucleotides throughout my career, starting in graduate school, my interest in siRNA and ASO therapeutics started when I was an Assistant Professor where I investigated cellular delivery systems for tumor suppressor proteins.  In the early 2000s, my interest gradually expanded to other types of drugs, including siRNA and ASO therapeutics.  I began evaluating cellular delivery systems that I designed for siRNA and ASO therapeutics and have continued investigating siRNA and ASO therapeutics ever since.

9.      To date, I have published over 150 scientific articles, including those focusing on the design and evaluation of siRNA and ASO therapeutics for a variety of diseases.  Since becoming a professor, I have given more than 300 invited seminars, many of which relate to designing and delivering siRNA and ASO therapeutics.  Since 2008, I have served on the Editorial Board for the journal Nucleic Acid Therapeutics.  I also serve on the Editorial Board of Molecular Therapeutics Nucleic Acids.  I also served on the Editorial Board for the journal Molecular Cancer Therapeutics between 2001 and 2006.  I serve as a reviewer for numerous scientific journals, including Science, Cell, Nature, Nature Medicine, Nature Biotechnology, Nature Chemical

2

Biology, Nucleic Acid Research, Nucleic Acid Therapeutics and Journal of the American Chemical Society, to name just a few.

10.    Throughout my academic career, I have received numerous honors and awards as a recognition of my research.  Those include the Falk Foundation Award (2015), the W.M. Keck Foundation Award (2012), and the Aventis Innovative Investigator Award (2000).

11.    I have also been actively involved in various relevant scientific communities.  For example, since 2007, I have been involved in the Oligonucleotide Therapeutics Society.  From 2014-2021, I was an Elected Member of the Board of Directors of the Oligonucleotide Therapeutics Society, and since 2021 I have served as the member of the Science Advisory Board of the Oligonucleotide Therapeutics Society.  I have been a member of boards of directors and scientific advisory boards for over 15 biotech companies in the field of molecular and genetic therapeutics.  I currently sit on the scientific advisory boards of five biotech companies involved in the delivery of siRNA and ASO therapeutics.  I have also co-founded four biotech companies delivering siRNA and ASO therapeutics that were spun out of my laboratory, including Traversa Therapeutics, Solstice Biologics, and Clear Skies Bio.

## II.    LEGAL STANDARD

12.    I am not an expert in patent law; however, I have been informed that the words of a claim are "'generally given their ordinary and customary meaning.'" *Phillips v. AWH Corp.*, 415 F.3d 1303, 1312 (quoting *Vitronics, Inc., v. Conceptronic, Inc.*, 90 F.3d 1576, 1582 (Fed. Cir. 1996)).  "[T]the ordinary and customary meaning of a claim term is the meaning that the term would have to a person of ordinary skill in the art in question at the time of the invention, i.e., as of the effective filing date of the patent application." *Id.* at 1313.  I understand "the context in which a term is used in the asserted claim can be highly instructive." *Id.*  "The person of ordinary skill in the art is deemed to read the claim term not only in the context of the particular claim in

3

which the disputed term appears, but in the context of the entire patent, including the specification." *Id.* A POSA is a person who is presumed to have had the capability of understanding the scientific principles applicable to the pertinent art of the claimed invention and to have known all relevant art at the time of the invention.

13. I also understand that patent claims must be understood as a POSA would have understood them unless the patent, or the patent prosecution history, provides a different explicit definition. I have accordingly applied what I understand the ordinary and customary meaning of various claim limitations to be in my review of the '717 Patent and the patent prosecution history of the '717 Patent.

## III. SUMMARY OF OPINION

14. Alnylam's proposed construction of "a lipid component" is consistent with its ordinary and customary meaning as used by a POSA, because the liposome is formed from all of the lipids in the lipid component. This understanding is based both on the ordinary and customary meaning and how the terms are used in the claims and the intrinsic evidence.

15. Similarly, Alnylam's proposed construction of "a phospholipid component" is consistent with its ordinary and customary meaning as used by a POSA, because the liposome is formed from all of the phospholipids in the phospholipid component. This understanding is based both on the ordinary and customary meaning and how the terms are used in the claims and the intrinsic evidence.

16. A POSA would understand that both lysophosphatidylcholine and lysophosphatidylethanolamine are phospholipids and that specifically, lysophosphatidylcholine is a type of phosphatidylcholine and that lysophosphatidylethanolamine is a type of phosphatidylethanolamine. Based on the plain the plain language of the claims, a POSA would

4

understand that the phospholipid component must not contain either lysophosphatidylcholine or lysophosphatidylethanolamine.

17.    Based on the plain language of the claims and the specification, a POSA would understand that "a neutral charge" means "no net charge," and that "a neutral charge" is different from "essentially neutral charge."

18.    The term "liposome" as used in the '717 Patent is consistent with the understanding of a POSA and means "a lipid vehicle having one or more lipid bilayers or aggregates surrounding an inner aqueous medium."  A POSA would readily understand that a liposome is an organic particle composed of amphoteric lipids that assembles into a bilayer or an aggregate around an inner core of water.  This happens because of the physical and chemical properties of the lipids involved in forming the liposome.

19.    A POSA would understand that one could measure either the percentage of the siRNA that is encapsulated in a liposome (often called the "encapsulation efficiency" or "EE") or the percentage of liposomes that have siRNA encapsulated within them.

## IV.    THE TECHNOLOGY

20.    The '717 Patent generally relates to "the delivery of inhibitory nucleic acids, including siNA (e.g., a siRNA) via neutral lipid compositions or liposomes."  '717 Patent, at 1:22-24.  The Asserted Claims are limited to liposomes.  '717 Patent, Claims 1, 2, 10, and 11.  The claimed liposomes form when the lipids in the lipid component encapsulate siRNA.  '717 Patent, at Claim 1 and 2.

21.      As of the priority date,[1] a POSA would understand the siRNA is a nucleic acid[2] with a negatively charged backbone that can be used to inhibit biological processes.  A POSA, as of the priority date, would have further understood that siRNA, which being potentially useful as a therapeutic, could not be successfully delivered without some sort of delivery mechanism.  A POSA would have known that liposomes were a potential delivery vehicle for siRNA because liposomes had previously been used to deliver small-molecule drugs and there existed published research involving use of liposomes involving nucleic acids.  Ex. 5 (Tari); Ex. 7 (PDR).  As stated in the '717 Patent, "[l]iposomes have been used previously for drug delivery (e.g., delivery of a chemotherapeutic)." '717 Patent, at 1:54-55.  As of the priority date of the '717 Patent, both neutral and cationic liposomes were known for the delivery of nucleic acids.  '717 Patent, at 1:25-2:10.

22.      Liposomes are organic particles that are formed from certain types of lipids.  Lipids, in turn, are water-insoluble compounds that exist in nature and include fats, waxes, sterols, fat-soluble vitamins, monoglycerides, diglycerides, and phospholipids, and can be either neutral or charged.[3]  *See* '717 Patent, at 12:26-34 ("Lipids are fatty substances which may be naturally

---

[1] For the purpose of this Declaration, I am taking no position regarding what the priority date of the '717 Patent is.  I understand on its fact, the '717 Patent claims priority to U.S. Provisional Patent Application Ser. No. 60/671,641 filed April 15, 2005.  Additionally, I understand that International Application No. PCT/US2006/014501 was filed 17 April 2006, which became the utility application.  Regardless of which date is determined to be the correct priority date, my opinions do not change.

[2] Nucleic acids are molecules like DNA and RNA (including mRNA and siRNA) that can be used to treat or prevent diseases.  By the early 2000s, many research groups, both in industry and academia, were working on developing safe and effective ways to deliver nucleic acids to humans.  Unmodified nucleic acids are metabolically unstable and cannot reach the targeted tissues necessary for an effective therapy without some sort of protective means.

[3] Lipids, like all organic molecules, are composed primarily of carbons and hydrogens.  Other atoms may also be present, such as oxygen, nitrogen, or phosphorous.  The addition of these other atoms (often called heteroatoms) affects the properties of the lipid.  A phospholipid is a class of lipids that is characterized by having one or more phosphorous atoms somewhere in the lipid structure.   The '717 Patent provides a list of neutral phospholipids, including "a phosphatidylcholine,        such        as        DOPC,        egg        phosphatidylcholine        ("EPC"),

6

occurring or synthetic lipids. . . . An example is the lipid dioleoylphosphatidylcholine (DOPC).").

Different naturally occurring lipids perform different functions in living organisms and therefore have different structural properties. Some lipids are called amphiphilic or amphipathic, because they have both a hydrophobic (i.e., nonpolar) and a hydrophilic (i.e., polar) region.[4] The hydrophobic region is generally composed of carbons and hydrogens, whereas the hydrophilic region contains heteroatoms. Examples of amphiphilic lipids include phospholipids, like the ones discussed in the '717 Patent. Scientists also create non-naturally occurring (synthetic) lipids and phospholipids and the term "lipid" and "phospholipid" encompasses these non-natural molecules as well.

23.     Well before the priority date, the basic structure of a phospholipid was well known in the art. I have used the diagrams from the Encyclopaedia Britannica throughout due to their clarity, but they are consistent with textbooks and other resources as well. Ex. 6 (Britanica); Ex. 4 (Juliano). As noted, a phospholipid is composed of a hydrophilic/polar head group and a hydrophobic/nonpolar set of tails:

---

dilauryloylphosphatidylcholine ("DLPC"), dimyristoylphosphatidylcholine ("DMPC"), dipalmitoylphosphatidylcholine ("DPPC"), distearoylphosphatidylcholine ("DSPC"), 1-myristoyl-2-palmitoyl phosphatidylcholine ("MPPC"), 1-palmitoyl-2-myristoyl phosphatidylcholine ("PMPC"), 1-palmitoyl-2-stearoyl phosphatidylcholine ("PSPC"), 1-stearoyl-2-palmitoyl phosphatidylcholine ("SPPC"), dimyristyl phosphatidylcholine ("DMPC"), 1,2-distearoyl-sn-glycero-3-phosphocholine ("DAPC"), 1,2-diarachidoyl-sn-glycero-3-phosphocholine ("DBPC"), 1,2-dieicosenoyl-sn-glycero-3-phosphocholine ("DEPC"), palmitoyloeoyl phosphatidylcholine ("POPC"), lysophosphatidylcholine, or dilinoleoylphosphatidylcholine. In other aspects the neutral phospholipid can be a phosphatidylethanolamine, such as dioleoylphosphatidylethanolamine ("DOPE"), distearoylphophatidylethanolamine ("DSPE"), dimyristoyl phosphatidylethanolamine ("DMPE"), dipalmitoyl phosphatidylethanolamine ("DPPE"), palmitoyloeoyl phosphatidylethanolamine ("POPE"), or lysophosphatidylethanolamine." '717 Patent, at 2:43-66.
[4] The terms "hydrophilic" and "hydrophobic" refer to the behavior of a molecule or part of a molecule in water. Hydrophobic groups or molecules are repelled from water, whereas hydrophilic groups are attracted to water.

7



Ex. 6 (Brittanica), 24.

24.      This dual nature of certain lipids, like the phospholipids described in the '717 Patent, allows for the lipids to arrange themselves in water, through a process called self-assembly or aggregation.  *See* '717 Patent, at 12:41-43.  Phospholipids, which also appear in nature, preferentially form what is known as a lipid bilayer (sometimes also referred to as a lamella).  These bilayers form because the hydrophilic head groups of the phospholipids preferentially interact with water, while the hydrophobic tails interact with each other thereby minimizing contact with water molecules.  This causes the lipids to assemble tail to tail, with the head groups on the outer and inner surfaces, as shown here:



Ex. 6 (Brittanica), 24.

25.      These phospholipid bilayers can also aggregate into spherical structures called liposomes (or vesicles), which contain an aqueous interior (i.e., there is water both inside the liposome and surrounding the liposome).  *See* '717 Patent, at 14:38-60.  Such liposomes are

8

essentially lipid bilayers folded on themselves to be shaped into a sphere. *Id.* As with a lipid bilayer, the hydrophobic (nonpolar) tails arrange themselves together, with the hydrophilic or polar head groups lining both the outer and inner surfaces, with the inner surface surrounding an inner aqueous core, as shown here:



Ex. 6 (Brittanica), 25.

26.    I have annotated the diagram to show the inner aqueous medium:



Ex. 6 (Brittanica), 25.

27.    While these images depict the simplest liposomes, liposomes can be composed of multiple lipid bilayers, rather than a single one. A liposome with a single bilayer can be

characterized as unilamellar, whereas a liposome with multiple bilayers can be characterized as multilamellar. '717 Patent, at 12:34-51. Regardless of the number or arrangement of the bilayers, liposomes always have their characteristic inner aqueous medium.

28. This is in contrast to another type of lipid vehicle, the micelle. A micelle has a single lipid layer, with the interior region being profoundly hydrophobic (i.e., excluding water) because the hydrophobic tails form the inside and the hydrophilic head groups are arranged on the outside. Micelles do not have a lipid bilayer and do not have an aqueous (water) core:



Ex. 6 (Brittanica),

## V.    ASSERTED CLAIMS

29. I understand that Plaintiff has asserted Claims 1, 2, 10, and 11.

30. Claim 1 states:

A pharmaceutical composition comprising:

    (a) a short inhibitory ribonucleic acid (siRNA) component comprising one or more siRNA, wherein the siRNA has a backbone moiety that is negatively charged; and

    (b) a lipid component comprising a phospholipid component consisting of one or more neutral phospholipids selected from the group consisting of a phosphatidylcholine or a phosphatidylethanolamine phospholipid, wherein the phospholipid is not a lysophosphatidylcholine or lysophosphatidylethanolamine and further wherein the lipid component has a neutral charge;

10

wherein the lipid component forms a liposome that encapsulate [sic] the siRNA such that greater than 90% of the liposomes encapsulate siRNA, the siRNA is a double stranded nucleic acid of 18 to 100 nucleobases, and the liposome encapsulated siRNA is comprised in a pharmaceutically acceptable carrier, wherein the phospholipid component consists of DOPC.

31.     Claim 2 states:

A pharmaceutical composition comprising:

>    (a) a short inhibitory ribonucleic acid (siRNA) component comprising one or more siRNA, wherein the siRNA has a backbone moiety that is negatively charged; and

>    (b) a lipid component comprising a phospholipid component consisting of one or more neutral phospholipids selected from the group consisting of a phosphatidylcholine or a phosphatidylethanolamine phospholipid, wherein the phospholipid is not a lysophosphatidylcholine or lysophosphatidylethanolamine and further wherein the lipid component has a neutral charge;

wherein the lipid component forms a liposome that encapsulate [sic] the siRNA such that greater than 90% of the liposomes encapsulate siRNA, the siRNA is a double stranded nucleic acid of 18 to 100 nucleobases, and the liposome encapsulated siRNA is comprised in a pharmaceutically acceptable carrier, wherein the phospholipid component consists of two or more types of neutral phospholipids.

32.     Claim 10 states:

The composition of claim 1, 2, 4, 6 or 5, wherein the composition further comprises cholesterol or polyethyleneglycol (PEG).

33.     Claim 11 states:

The composition of claim 1, 2, 4, 6 or 5, wherein the siRNA is 18 to 30 nucleobases.

34.     The claim language for Claims 1 and 2 describes a pharmaceutical composition comprised of two parts: a siRNA component and a lipid component. Further, the lipid component contains a phospholipid component consisting of one or more phospholipids selected from phosphatidylcholine or a phosphatidylethanolamine and excludes the identified lysophosphatidylcholine or lysophosphatidylethanolamine. A POSA would understand that the

11

siRNA component is the therapeutic payload and that the lipid component, which forms a liposome, is the delivery mechanism of that payload.

## VI.    TERMS FOR CONSTRUCTION

### A.    "A Lipid Component"

35.    I understand that Alnylam has proposed that "a lipid component" means "all of the lipids present in the liposome." A POSA, reading Claims 1 and 2, would understand that claimed liposome includes all of the lipids in the lipid component. The claim language makes clear that "the lipid component forms a liposome." Not some or part of the lipid component, but the entire lipid component. This also comports with the disclosure in the specification that "[i]n certain aspects the lipid component may be in the form of a liposome." '717 Patent, at 2:31-32. Similarly, the specification states "[w]here clinical application of non-charged lipid component (e.g., in the form of a liposome) containing a siNA is undertaken … ." '717 Patent, 24:51-53. A POSA would understand this to mean that the entirety of the lipid component formed the liposome. As such, Alnylam's proposed construction comports with a POSA's understanding of the claim term.

### B.    "A Phospholipid Component"

36.    I understand that Alnylam has proposed that "a phospholipid component" means "all of the phospholipids present in the liposome." Claims 1 and 2 stated that "a lipid component comprising *a phospholipid component consisting of* one or more neutral phospholipids." (emphasis added). I understand that as a matter of law, "consisting of" is a limiting phrase. A POSA would understand "a phospholipid component" to mean all of the phospholipids present in the liposome. As such, Alnylam's proposed construction comports with a POSA's understanding of the claim term.

12

C.    **"The Phospholipid Is Not a Lysophosphatidylcholine or Lysophosphatidylethanolamine"**

37.    I understand that Alnylam has proposed that "the phospholipid is not a lysophosphatidylcholine or lysophosphatidylethanolamine" means "the phospholipid component contains no lysophosphatidylcholine or lysophosphatidylethanolamine." As an initial matter, Claims 1 and 2 state that "a lipid component comprising a phospholipid component consisting of one or more neutral phospholipids selected from the group consisting of a phosphatidylcholine or a phosphatidylethanolamine phospholipid, wherein the phospholipid is not a lysophosphatidylcholine or lysophosphatidylethanolamine." A POSA would understand that both lysophosphatidylcholine and lysophosphatidylethanolamine are phospholipids and that specifically, lysophosphatidylcholine is a type of phosphatidylcholine and that lysophosphatidylethanolamine is a type of phosphatidylethanolamine. *See also* '717 Patent, at 2:43-66. A POSA would understand that the plain language precluded the phospholipid component from containing lysophosphatidylcholine or lysophosphatidylethanolamine.

D.    **"A Neutral Charge"**

38.    I understand that Alnylam has proposed that "a neutral charge" means "no net charge." I also understand that the specification states:

> "Neutral liposomes or lipid composition" or "non-charged liposomes or lipid composition," as used herein, are defined as liposomes or lipid compositions having one or more lipids that yield an essentially-neutral, net charge (substantially non-charged). By "essentially neutral" or "essentially non-charged", it is meant that few, if any, lipids within a given population (e.g., a population of liposomes) include a charge that is not canceled by an opposite charge of another component (e.g., fewer than 10% of components include a non-canceled charge, more preferably fewer than 5%, and most preferably fewer than 1%).

'717 Patent, at 13:5-18. While the specification provides no definition of "a neutral charge," logically it must be less charged than something that is "essentially neutral." As such, a POSA

13

would understand that Alnylam's proposed construction comported with the use of the term in the specification.

### E.    "Liposome"

#### 1.    Alnylam's Construction Comports with the Ordinary and Customary Meaning as Used in the '717 Patent

39.    I understand that Alnylam has proposed that "liposome" means "a lipid vehicle having one or more lipid bilayers or aggregates surrounding an inner aqueous medium."  As discussed above, this comports with how a POSA would understand the term and how it is used in the '717 Patent.

40.    I understand that claim construction analysis begins with the claim language.  Both independent claims, Claims 1 and 2, state that "the lipid component forms a liposome that encapsulate the siRNA."  The claims also state that the "lipid component compris[es] a phospholipid component consisting of one or more neutral phospholipids."  Read together, these portions of Claims 1 and 2 confirm for a POSA that the use of "liposome" in the claims is consistent with its ordinary and customary meaning.  Specifically, the fact that the claim requires that the lipid component comprises certain specified types of phospholipids, which are known to aggregate or self-assemble into bilayers surrounding aqueous medium, coupled with the claim language stating that the lipid component containing the phospholipids forms liposomes that encapsulate the siRNA component is consistent with the creation of a lipid structure with a bilayer or aggregate around an aqueous core, i.e., a liposome, as the claim language specifies

41.    Turning to the written description, the use of liposome is, again, consistent with how a POSA would understand it.  The specification references both the bilayer and the fact it encapsulates an aqueous interior:

> The present invention provides methods and compositions for associating an inhibitory nucleic acid, such as a siNA (e.g., a siRNA) with a lipid and/or liposome.

14

> *The siNA may be encapsulated in the aqueous interior of a liposome*, interspersed *within the lipid bilayer of a liposome*, attached to a liposome via a linking molecule that is associated with both the liposome and the polynucleotide, entrapped in a liposome, complexed with a liposome, dispersed in a solution containing a lipid, mixed with a lipid, combined with a lipid, contained as a suspension in a lipid, contained or complexed with a micelle, or otherwise associated with a lipid.

'717 Patent, at 12:8-19 (emphasis added); *see also* '717 Patent, at 2:34-39.

42.      This portion of the specification discusses a liposome having an aqueous interior and a lipid bilayer.  The specification goes on to describe additional variations of structures, including aggregates:

> The liposome or liposome/siNA associated compositions of the present invention are not limited to any particular structure in solution.  For example, they may be present in a bilayer structure, as micelles,[5] or with a "collapsed" structure.  They may also simply be interspersed in a solution, possibly forming aggregates which are not uniform in either size or shape.
>
> . . .
>
> "Liposome" is a generic term encompassing a variety of unilamellar, multilamellar, and multivesicular lipid vehicles formed by the generation of enclosed lipid bilayers or aggregates.  *Liposomes may be characterized as having vesicular structures with a phospholipid bilayer membrane and an inner aqueous medium*.  Multilamellar liposomes have multiple lipid layers separated by aqueous medium.  They form spontaneously when phospholipids are suspended in an excess of aqueous solution. *The lipid components undergo self-rearrangement before the formation of closed structures and entrap water and dissolved solutes between the lipid bilayers* (Ghosh and Bachhawat, 1991).  However, the present invention also encompasses compositions that have different structures in solution than the normal vesicular structure.  For example, the lipids may assume a micellar structure or merely exist as non-uniform aggregates of lipid molecules.  Also contemplated are lipofectamine-nucleic acid complexes.

'717 Patent, at 12:19-51 (emphasis added).

43.      This description of a liposome again comports with the general understanding of a POSA.  It is a structure composed of lipids that self-arrange into either a bilayer structure or an

---

[5] A micelle is a lipid particle that contains a single outer layer of lipid surrounding a solid hydrophobic interior composed of the lipid tails.

15

aggregate that traps water inside during formation to create an inner aqueous core. It also differentiates between liposomes and other lipid vehicles, like those with a micellar structure and lipofectamine-nucleic acid complexes.[6] *See* '717 Patent, 46-51. A POSA would understand the difference between a liposome (characterized by encapsulating water) and a micelle, which has a hydrophobic interior.

44.    The specification also discusses the impact of the hydrophilic and hydrophobic regions of the lipid in causing the self-assembly:

> A liposome suspended in an aqueous solution is generally in the shape of a spherical vesicle, and may have one or more concentric layers of lipid bilayer molecules. Each layer consists of a parallel array of molecules represented by the formula XY, wherein X is a hydrophilic moiety and Y is a hydrophobic moiety. In aqueous suspension, the concentric layers are arranged such that the hydrophilic moieties tend to remain in contact with an aqueous phase and the hydrophobic regions tend to self-associate. For example, when aqueous phases are present both within and without the liposome, the lipid molecules may form a bilayer, known as a lamella, of the arrangement XY-YX. Aggregates of lipids may form when the hydrophilic and hydrophobic parts of more than one lipid molecule become associated with each other. The size and shape of these aggregates will depend upon many different variables, such as the nature of the solvent and the presence of other compounds in the solution.

'717 Patent, at 14:43-60.

45.    Taken separately or together, the specification supports the ordinary and customary meaning of liposome, which is "a lipid vehicle having one or more lipid bilayers or aggregates surrounding an inner aqueous medium."

 2.    Plaintiff's Construction of Liposome Is Too Broad

46.    I understand that Plaintiff has proposed a construction for "liposome" of "a lipid vehicle that is a type of nanoparticle." While Plaintiff's construction is technically accurate – a liposome is a type of nanoparticle, *i.e.*, is nanomolecular in size – it is also insufficient. There are

---

[6] Unlike the neutral liposomes described in the claims, lipofectamine-nucleic acid complexes have fixed positive charges.

16

many types of nanoparticles, *i.e.*, nanomolecular in size, that encompass broad types of inorganic and organic molecules. A "lipid vehicle" that Plaintiff proposed is further insufficient as it does not define a liposome because it leaves out the characteristics of a liposome over other lipid vehicles. The specification also makes clear that there are lipid components that do not form liposomes, which would presumably be within Plaintiff's construction, despite the specification teaching that those arrangements are not liposomes. *See* '717 Patent, at 13:15-18 ("In certain embodiments of the present invention, a composition may be prepared wherein the lipid component of the composition is essentially neutral but is not in the form of liposomes."); '717 Patent, at 13:30-33 ("It is also recognized that the above approach may be used to generate a neutral lipid composition wherein the lipid component of the composition is not in the form of liposomes."). Plaintiff's proposed construction does not account for these non-liposome lipid components.

47.    A POSA would understand that a liposome necessarily has a degree of self-assembly or aggregation, where the lipids arranged themselves so that the hydrophilic regions preferentially interacted with each other and the water, and the hydrophobic regions interacted with each and sought to be away from the water. One defining feature of a liposome is the inner aqueous medium or core. *See* '717 Patent, at 12:38-40. The foregoing is consistent with what a POSA would understand and how the '717 Patent describes liposomes in the specification at 12:34-40, and are characteristics set forth in Alnylam's construction but which are absent from Plaintiff's construction.

F.    **"Encapsulate the siRNA Such that Greater than 90% of the Liposomes Encapsulate siRNA"**

48.    A POSA making liposomes for the delivery of nucleic acids would want to know how effective the systems they created were at encapsulating the nucleic acid. The specification

17

discusses two different ways to measure the incorporation of siRNA into liposomes. '717 Patent, at 35:24-41.

49.     The first method discussed involves measuring the percentage of liposomes that incorporate a fluorescently tagged siRNA. '717 Patent, at 35:32-34. The fluorescent tag on the siRNA allows a scientist to visually determine what percentage of the liposomes contain at least one tagged siRNA. This can be thought of as a measure of filled liposomes over total liposomes. In numerical terms, if the value for this was 95%, that would mean that for every hundred liposomes, 95 would have siRNA in them and five would be empty.

50.     The second method discussed involves measuring the amount of the siRNA that ends up incorporated into a liposome, rather than being left in solution. '717 Patent, at 35:34-39. This is commonly called encapsulation efficiency or "ee." It is measured by removing the non-encapsulated siRNA from the solution and determining how much of the siRNA was not encapsulated. This can be thought of as the amount of siRNA that is in liposomes over the total amount of siRNA. In numerical terms, if the value for this is 95%, it means that for every 100 molecules of siRNA that was added, 95 of them would be incorporated inside a liposome and five would be left in solution.

51.     I have reviewed the Declaration of Dr. Lopez-Berestein submitted in prosecution to the Patent Office. The Declaration addresses several scientific articles that addressed "encapsulation efficiency" and the effect of charge on nucleic acids. Ex. 3, 1218-22 (March 20, 2014 Lopez-Berestein Dec). Dr. Lopez -Berestein further averred that he served on an FDA Panel that "developed a consensus that an encapsulation efficiency of over 90% for any given liposomal/nucleic acid product should be preferred for IND evaluation." Id. at 1219. Dr. Lopez-Berestein concluded at page:

18

52. From the foregoing it can be concluded that:

a) achieving a >90% liposome encapsulation is of great if not critical importance to developing a clinically acceptable liposomal/siRNA product;

b) in contrast to antisense molecules, where the data shows that a >90% encapsulation efficiency can only be achieved using a neutral backbone, in the case of siRNA, our data shows that a negatively charged backbone and a neutral liposome is needed to obtain a >90% encapsulation efficiency;

c) that the use of a negatively charged backbone for siRNA and neutral liposome provides a dramatic improvement in tumor uptake as compared to a positively charged lipid; and

d) that the general understanding in the literature prior to our application, in direct contrast to our invention, was that in the case of siRNA, the use of a positively charged lipid was critical.

53. There is no question that Dr. Lopez-Berestein's Declaration and the accompanying articles address encapsulation efficiency, and not the percentage of liposomes that contain at least one nucleic acid.

19

# APPENDIX A

*Steven F. Dowdy, Ph.D., 1/26*

## *Curriculum Vitae*
## **Steven F. Dowdy, Ph.D.**

Professor, UCSD School of Medicine

***UCSD Address:***
Dept. of Cellular & Molecular Medicine
George Palade Laboratories, Rm. 231B
UCSD School of Medicine
9500 Gilman Drive, MC0686, La Jolla, CA 92093-0686

Office: (858) 534-7772     Cell: (858) 344-8141
Fax: (858) 534-7797        Laboratory: (858) 534-7778
Email: sdowdy@ucsd.edu

### *Education:*

| | |
|---|---|
| 1990 - 1994 | Postdoctoral Fellow & Damon Runyon Fellow, with Prof. Robert Weinberg, Whitehead Institute for Biomedical Research, MIT, Cambridge, MA |
| 1984 - 1990 | Doctor of Philosophy, Prof. Eric Stanbridge lab, Dept. of Microbiology and Molecular Genetics, University of California Irvine School of Medicine |
| 1979 - 1983 | Bachelor of Science with Honors, School of Biological Sciences, University of California Irvine |

### *Professional Experience:*

| | |
|---|---|
| 2005 - present | Professor of Cellular & Molecular Medicine, University of California San Diego, School of Medicine, La Jolla, CA |
| 2001 - 2005 | Associate Professor of Cellular & Molecular Medicine, University of California San Diego, School of Medicine, La Jolla, CA |
| 1994 - 2012 | Investigator, Howard Hughes Medical Institute |
| 1994 - 2001 | Assistant Professor of Pathology and Medicine, Washington University School of Medicine, St. Louis, MO |

### *Honors & Awards:*

| | |
|---|---|
| 2016 | Visiting Professorship, Sorbonne Université Pierre et Marie Curie, Paris, France |
| 2015 | Falk Foundation Award |
| 2012 | W.M. Keck Foundation Award |
| 2004 | Bachem Innovation Award |
| 2000 | Aventis Innovative Investigator Award |
| 2000 | Innovation Award, Academy of Science of St. Louis |
| 1994 - 2012 | Investigator, Howard Hughes Medical Institute |
| 1993 - 1994 | Margaret and Herman Sokol Scholarship Award, Whitehead Institute, MIT |
| 1990 - 1993 | Damon Runyon-Walter Winchell Cancer Research Fund Fellow, MIT |
| 1987 - 1990 | Human Genetics Predoctoral Fellowship, UC Irvine School of Medicine |
| 1982 - 1983 | Ralph W. Gerard Award for Outstanding Research, University of California Irvine |
| 1983 | President's Undergraduate Fellowship, School of Biological Sciences, UC Irvine |
| 1983 | Excellence in Research, School of Biological Sciences, University of California Irvine |
| 1982 | Excellence in Research, School of Biological Sciences, University of California Irvine |

1

*Steven F. Dowdy, Ph.D., 11/25*

## UCSD Committees:

| | |
|---|---|
| 2001 - present | UCSD PhD Thesis committees |
| 2002 - present | BMS Minor Propositions Committee |
| 2002 - 2004 | CMM Representative in Academic Senate |
| 2002 - present | BMS SPAC Committee |
| 2002 - 2004 | BMS Planning Committee |
| 2003 - 2005 | Radiation Safety Committee |
| 2003 - 2007 | BMS Graduate Admissions Committee |
| 2003 - 2008 | MSTP Admissions Committee |
| 2005 - 2009 | BMS Curriculum Committee |
| 2005 - 2009 | BMS Planning and Executive Committee |
| 2005 - present | Co-Director, NCI T32 CBIO Cancer Biology, Informatics & Omics Training grant |
| 2006 - 2009 | Molecular & Cell Biology Track Leader, BMS Program |
| 2006 - 2016 | Leader, Cancer Biology Focused Research Area, BMS Graduate Student Program |
| 2009 - 2013 | Technology Transfer Oversight Committee |
| 2014 - 2017 | Transgenic Mouse Core Facility Advisory Committee |
| 2014 - present | Chair, Standing Inquiry Committee for Integrity of Research, UCSD |
| 2016 - 2019 | Executive Committee, CT2 Training Program, MCC |
| 2016 - 2019 | Innovation Institute Advisory Committee, UCSD |
| 2016 - 2020 | Co-Director, Cancer Biology Training Area, BMS Graduate Student Program |
| 2022 - 2024 | Dept CMM Representative, UCSD Academic Senate |
| 2022 - 2023 | Co-Chair, Search Committee for AVC for Research Compliance and Integrity |
| 2024 | Co-Chair, Search Committee for AVC for Research Compliance and Integrity |

## UCSD Teaching:

| | |
|---|---|
| 2001 | Lecturer, MED 260 Modern Tech. Biomed. Res. |
| 2001 | Lecturer, BIOM 210 Cell Biology |
| 2001 - 2017 | Course Master, CMM 220, Cancer Biology Journal Club |
| 2002 - 2004 | Course Master, BIOM 210, Cell Biology |
| 2005 - 2007 | Co-Director, BIOM 200, Molecules to Organisms |
| 2006 - 2019 | Lecturer, BIOM 254, Molecular and Cell Biology |
| 2012 - 2016 | Lecturer, BIOM 256, Molecular Biology of Cancer I |
| 2016 - present | Co-Director and Lecturer, BIOM 256, Fundamentals of Cancer Biology |
| 2017 - 2024 | Lecturer, BIOM 231, Cancer Biology II |

## Professional Societies and Organizations:

| | |
|---|---|
| 1995 - present | American Association for Cancer Research (AACR) |
| 2007 - present | Oligonucleotide Therapeutics Society (OTS) |
| 2024 - present | American Chemical Society (ACS) |

## Editorial Boards:

| | |
|---|---|
| 2001 - 2006 | *Molecular Cancer Therapeutics* |
| 2008 - present | *Nucleic Acid Therapeutics* |
| 2023 - present | *Molecular Therapy Nucleic Acids* |

## Scientific Journal Reviewer (ad hoc):

*Cell Reports, eLife, Journal American Chemical Society (JACS), Molecular Therapeutics, Mol. Thera. Nuc. Acid, Nature, Nature Biotechnology, Nature Chemical Biology, Nature Medicine, Nucleic Acid Res. (NAR), Nucleic Acid Thera., Proc. Natl. Acad. Sci., Science, Science Transl. Med.*

2

## *Grant Study Sections:*

| | |
|---|---|
| 1996 - 1998 | Department of Defense, Army Breast Cancer |
| 1995 - 1999 | Massachusetts DPH Breast Cancer Initiative |
| 1996 - 2001 | American Cancer Society - IGRC |
| 2004 - 2005 | Member, Cancer Molecular Pathobiology (CAMP) Study Section, NCI |
| 2005 - 2008 | Charter Member, Molecular Oncology of Cancer (MONC) Study Section, NCI |
| 2014 - 2019 | Ad Hoc, Cancer Drug Development & Therapeutics (CDDT), NCI |
| 2017 | Ad Hoc, Special Emphasis Panel/Scientific Review Group, NCI |
| 2019 | Ad Hoc, Special Emphasis Panel/Scientific Review Group, NCI |
| 2021 | Ad Hoc, PO1 Scientific Review Group, NCI |
| 2024 | Ad Hoc, Special Emphasis Panel/Scientific Review Group, NCI |

## *Board of Directors:*

| | |
|---|---|
| 2006 - 2011 | Board Observer, Traversa Therapeutics, San Diego, CA |
| 2012 - 2019 | Member, Board of Directors, Solstice Biologics, San Diego, CA |
| 2014 - 2021 | Elected Member, Board of Directors, Oligonucleotide Therapeutics Society (OTS) |
| 2021 - present | Member, Board of Directors, Clear Skies Bio, San Diego, CA |

## *Science Advisory Boards (SABs):*

| | |
|---|---|
| 2002 - 2005 | Co-Founder and SAB Chair, Ansata Therapeutics, San Diego, CA |
| 2004 - 2009 | Member SAB, Alcon Research Laboratories, Fort Worth, TX |
| 2005 - 2011 | Member SAB, Kai Pharmaceuticals, South San Francisco, CA |
| 2005 - 2016 | Member SAB, Revance Therapeutics, Newark, CA |
| 2006 - 2011 | Co-Founder and SAB Chair, Traversa Therapeutics, San Diego, CA |
| 2007 - 2009 | Member SAB, Institute of Molecular Medicine, Lisboa, Portugal  (Non-profit) |
| 2010 - 2012 | Member SAB, Peptide Therapeutics Foundation  (Non-profit) |
| 2012 - 2019 | Co-Founder, SAB Chair, Board Member, Solstice Biologics, San Diego, CA |
| 2016 - 2018 | Member SAB, Verndari inc, Sacramento, CA |
| 2016 - 2019 | Member SAB, Innovation Institute, UCSD  (Non-profit) |
| 2017 - 2025 | Chair SAB, Deep Genomics, Toronto, Canada |
| 2019 - 2023 | Member SAB, NeuBase Therapeutics, Pittsburgh, PA |
| 2019 - 2025 | Member SAB, Generation Bio, Cambridge, MA |
| 2020 - 2022 | Member SAB, Ceptur Therapeutics, Philadelphia, PA |
| 2020 - present | Member SAB, Korro Bio, Cambridge, MA |
| 2021 - present | Co-Founder, Board Member, SAB Chair, Clear Skies Bio, San Diego, CA |
| 2021 - present | Member SAB, Oligonucleotide Therapeutics Society (OTS)  (Non-profit) |
| 2022 - present | Member SAB, Ophidion, Bethlehem, PA |
| 2023 - present | Member SAB, Sapreme Technologies, The Netherlands |
| 2023 - present | Member SAB, Center for RNA Technologies & Therapeutics, UCSD  (Non-profit) |
| 2024 - present | Member SAB, Orb Therapeutics, Toronto, Canada |

## *Scientific Meeting Organizer:*

| | |
|---|---|
| Feb 2002 | Co-Organizer, NCI Workshop on Protein Transduction and CTCL, Rockville, MD |
| Oct, 2002 | Organizer, Dept. CMM First Annual Retreat, La Jolla, CA |
| Mar, 2004 | Organizer, Dept. CMM Second Annual Retreat, La Jolla, CA |
| May, 2005 | Organizing Comm., 1st Intl. Cell Penetrating peptides Meeting, Stockholm, Sweden |
| Sept, 2009 | Organizing Comm., 3rd Intl. Intracellular Delivery of Therapeutic Molecules, France |
| Oct, 2012 | Co-Organizer, Castle Oligonucleotide Delivery Meeting, Hernstein, Austria |
| Aug, 2018 | Organizing Comm., IRT Nucleosides, Nucleotides & Nucleic Acids, La Jolla, CA |

*Steven F. Dowdy, Ph.D., 11/25*

| | |
|---|---|
| Sept, 2018 | Organizer, Oligonucleotide Therapeutic Society (OTS) Annual Meeting, Seattle, WA |
| Sept, 2020 | Organizing Comm., Oligonucleotide Therapeutic Society (OTS) Annual Meeting |
| Apr, 2024 | Lead Organizer, Castle Nucleic Acid Tx Delivery Meeting[2], Siracusa, Sicily, Italy |
| Oct, 2024 | Organizing Comm., Oligonucleotide Therapeutic Society (OTS), Montreal, Canada |
| Mar, 2025 | Co-Organizer, Nucleic Acid Therapeutics Meeting, Cold Spring Harbor Labs, NY |
| Oct, 2025 | Organizing Comm., Oligonucleotide Therapeutic Society (OTS), Budapest, Hungary |
| Apr, 2026 | Lead Organizer, Castle Nucleic Acid Tx Delivery Meeting[3], Dubrovnik, Croatia |
| Apr, 2027 | Co-Organizer, Nucleic Acid Therapeutics Meeting, Cold Spring Harbor Labs, NY |

## *Seminars (>300 invited total), (2021 - present):*

| | |
|---|---|
| Mar, 2021 | "Delivery of RNA Therapeutics: Overcoming a Billion Years of Evolutionary Defenses" Aligos Therapeutics, via Zoom. |
| Mar, 2021 | "RNA Delivery: Overcoming a Billion Years of Evolutionary Defenses" Nucleic Acids Therapies Meeting, Cold Spring Harbor Laboratory, via Zoom |
| Apr, 2021 | "Delivery of Precision Genetic Medicines" Deans Research Meeting on Precision Medicines, UCSD School of Medicine, via Zoom |
| July, 2021 | "Delivery of RNA Therapeutics: Overcoming the Billion Year Old Endosomal Fortress" Oligonucleotide Tech & Therapeutics Meeting, Porto, Portugal, via Zoom |
| July, 2021 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" Delivery of Antisense RNA Therapeutics, COST-DARTER Meeting Leiden, Netherlands, via Zoom |
| Aug, 2021 | Phosphates Run the World: Chemical Biology and Applications of Nucleosides, Nucleotides and Nucleic Acids, Panel Discussion, IS3NA IRT Meeting, via Zoom |
| Sept, 2021 | "Delivery of RNA Therapeutics: Overcoming a Billion Years of Cellular Defenses with New Chemistry" 7th Annual Bench to Bedside Symposium, UC Irvine, CA, via Zoom |
| Sept, 2021 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" TIDES Oligonucleotide & Peptide Therapeutics Meeting, Boston, MA, via Zoom |
| Sept, 2021 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" CABP Society Meeting, via Zoom |
| Oct, 2021 | "The Billion Year Old Barrier" TIDES Virtual Oligonucleotide & Peptide Therapeutics Meeting, via Zoom |
| Oct, 2021 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" Dept. of Developmental and Cell Biology, UC Irvine, CA |
| Nov, 2021 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" Solid Tumor Therapeutics retreat, UCSD Cancer Center, La Jolla, CA, via Zoom |
| Dec, 2021 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" California NanoSystems Institute, UCLA, Los Angeles, CA |
| Feb, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" Solid Tumor Therapeutics, Moores Cancer Center, UCSD, La Jolla, CA, via Zoom |
| Mar, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" Purdue University Center for Cancer Research, IN, via Zoom |
| Mar, 2022 | "The RNA Therapeutics Revolution" Rotary International, Del Mar, CA, via Zoom |
| Mar, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" Oligonucleotide & Precision Therapeutics Meeting, Boston, MA, via Zoom |
| May, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" TIDES: Oligos and Peptides Meeting, Boston, MA |
| May, 2022 | "Delivery of RNA Therapeutics: A Fireside Chat" HC Wainwright Global Investment Conference, Miami Beach, FL |
| May, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" Le Studium |

|  | Conference on RNA therapeutics and Neuroscience, Orléans, France, via Zoom |
|---|---|
| Jun, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!" RNA Therapeutics and Delivery Meeting, Boston, MA, via Zoom |
| July, 2022 | "RNAi Therapeutics and Fundamentals"  Keynote address, GLG webcast, via Zoom |
| July, 2022 | "Fireside Chat: Delivery of RNAi and ASO Therapeutics"  Cowen RNA Therapeutics Summit, via Zoom |
| July, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!"  Eli Lilly and Company, Indianapolis, IN |
| Sept, 2022 | "Delivery of RNA Therapeutics: The Great Endosomal Escape!"  RNA Therapeutics Meeting, AstraZeneca Pharmaceuticals, Gothenburg, Sweden, via Zoom |
| Nov, 2022 | "The End of My 30 Year Postdoc: How Cyclin D:Cdk4 Regulates RB" Whitehead Institute, MIT, Cambridge, MA |
| Feb, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Stoke Therapeutics, Cambridge, MA, via Zoom |
| Feb, 2023 | "Delivery of Prime Editors to Treat Alzheimer's Disease" Alzheimer's Disease Cooperative Study Symposium, La Jolla, CA |
| Mar, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Oligonucleotide Therapeutics Meeting, Cold Spring Harbor Lab, NY |
| Apr, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!"  CT2 NCI Training Grant seminar series, UCSD, La Jolla, CA |
| May, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" ELRIG's Therapeutic Oligos & European Chemical Biology Symposium, Sweden |
| July, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Aligning Science Across Parkinson's (ASAP) meeting, via Zoom |
| July, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Bioconjugates Meeting, via Zoom |
| Aug, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Laronde Therapeutics, Cambridge, MA, via Zoom |
| Oct, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Crack The Code Nature Meeting, Worchester Polytech Institute, Worchester, MA |
| Oct, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Ctr. Res. Biol. Chem. & Mol. Mat. (CiQUS), University of Santiago de Compostela, Spain |
| Nov, 2023 | "Delivery of RNA Therapeutics: How To Pull Off The Great Endosomal Escape!" Dyne Therapeutics, Boston, MA, via Zoom |
| Dec, 2023 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Revance Therapeutics, Newark, CA |
| Feb, 2024 | "The RNA Precision Genetic Medicine Revolution is Here!" Rotary International meeting, San Diego, CA |
| Mar, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" American Chemical Society Annual Meeting, New Orleans, LA |
| Apr, 2024 | "Delivery of RNA Therapeutics: Setting the Stage" Castle Delivery Meeting Redux[3]: Delivery of Nucleic Acid Therapeutics, Siracusa, Sicily, Italy |
| May, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" RNA Medicine & Innovation Symposium, IRCM, Montreal, Canada |
| June, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" CPP Conference 2024, Montpellier, France |
| June, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Lund University, Sweden |

| June, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" 6th Annual RNA Therapeutics Inst. Meeting, Univ. Mass. School of Medicine, MA |
| July, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Grunenthal, Switzerland, via Zoom |
| Sept, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" RNA Leaders Meeting, San Diego, CA |
| Sept, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Novartis Pharmaceuticals, San Diego, CA |
| Sept, 2024 | "Targeted Delivery and Endosomal Escape of RNA Therapeutics" Panel Discussion, RNA Leaders Meeting, San Diego, CA |
| Oct, 2024 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" 20th Oligonucleotide Therapeutics Society Annual Meeting, Montreal, Canada |
| | |
| Feb, 2025 | "Delivery of Genomic Prime Editors to Treat Alzheimer's Disease" Epstein Foundation Meeting, UCSD, La Jolla, CA |
| Mar, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Nucleic Acid Therapeutics Meeting, Cold Spring Harbor Laboratories, NY |
| May, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" TIDES Meeting, San Diego, CA |
| June, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Cystic Fibrosis Foundation Meeting, Stevenson, WA |
| July, 2025 | "We Need New Chemistry to Address the Endosomal Escape Problem" Nucleosides, Nucleotides & Oligonucleotides Gordon Research Conference, Newport, RI |
| July, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Biomarin Pharmaceuticals, San Rafael, CA |
| Aug, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Delivery of Oligonucleotides Panel Discussion, BioInsights, UK |
| Sept, 2025 | "Delivery of Macromolecular Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Sanofi Scientific Advisory Meeting, Cambridge, MA |
| Sept, 2025 | "Delivery of Nucleic Acid Therapeutics" Panel Discussion, Sanofi Scientific Advisory Meeting, Cambridge, MA |
| Oct, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Korro Bio, Cambridge, MA |
| Oct, 2025 | "Delivery of RNA Therapeutics" Sanofi Angelman's Syndrome Scienific Advisory Meeting, via Zoom |
| Nov, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Insitro Therapeutics, San Francisco, CA, via Zoom |
| Dec, 2025 | "Delivery of RNA Therapeutics: How Do We Pull Off The Great Endosomal Escape!" Dept BioMedical Engineering, UC Irvine |

## *Publications:*

1.    Martin, D.C., Hewitt, C.W., Osborne, J.G., **Dowdy, S.F.**, Fristoe, T.L., Russel, L.A. & Cote, J. Enhanced Kidney Graft Survival in Rats by Single or Multiple Blood Transfusions and Various Blood Products. *Transplant. Proc*. 14:407-410 (1982).

2.    **Dowdy, S.F.**  Comparison of Cyclosporine A to Whole Blood Transfusion for Prolonging Rat Renal Allograft Survival. *J. Undergrad. Res. Bio. Sci.* 12:264-269 (1982).

3.    **Dowdy, S.F.**  Determination of Chimeras in the Bone Marrow, Spleen, and Blood in Lewis Recipients of Brown Norway FI Hind Limb Allografts Treated with Cyclosporine A. *J. Undergrad. Res. Bio. Sci.* 13:300-306 (1983).

4.    Martin, D.C., Hewitt, C.W., **Dowdy, S.F.**, Naudin, V.L & Bejinez, A.G.  Transfer of the Beneficial Blood Transfusion Effect on Rat Renal Allograft Survival by Spleen Isografts. *Transplantation* 37:319-322 (1984).

5.    Martin, D.C., **Dowdy, S.F.**, Hewitt, C.W., Black, K.S., Dominguez, D. & Gonzalez, G. A. Comparison of Renal Allograft Survival in Rats Pretreated with Multiple Blood Transfusions Combined with Either Cyclosporine A or Azathioprine. *Transplant. Proc*. 17:1087-1090 (1985).

6.    Hewitt, C.W., Black, K.S., **Dowdy, S.F.**, Gonzalez, G.A., Achauer, B.M., Martin, D.C., Furnas, D.W. & Howard, E.B.  Composite Tissue (Limb) Allografts in Rats III: Development of Donor-Host Lymphoid Chimeras in Long-Term Survivors. *Transplantation* 41:39-43 (1986).

7.    Martin, D.C., Hewitt, C.W., Black, K.S., **Dowdy, S.F.**, Quintero, C.S. and Reyes Jr., M. Extensive Prolongation of Rat Renal Allograft Survival Following Donor or Non-Specific Transfusions and Concomitant Immunosuppression. *Transplantation* 43:790-793 (1987).

8.    Hewitt, C.W., Black, K.S., Gonzalez, G.A., **Dowdy, S.F.**, Reyes, M., Martin, D.C. & Achauer, B.M.  Long-Term Residual Cyclosporine Levels Following Short-Term Administration in Various Allograft Models Demonstrating Extensive Survival Prolongation. *Transplant. Proc.* 19:1118-1120 (1987).

9.    Hewitt, C.W., Black, K.S., Gonzalez, G.A., **Dowdy, S.F.**, Achauer, B.M. & Howard, E.B. Decreased Reactivity of Allosera Against Target Lymphocytes Obtained Following Thermal Injury or Long-Term Cyclosporine Treatment. *Clin. Immunol. Immunopathol.* 45:395-399 (1987).

10.   Hewitt, C.W., Black, K.S., Henson, L.E., **Dowdy, S.F.**, Philosophe, B. & Martin, D. C. Serological Properties of the Triple Antibody-Sandwich-Lymphocyte Agglutination Assay (TASLA). *J. Clin. Lab. Immunol.* 28:45-50 (1989).

11.   Stanbridge, E.J., **Dowdy, S.F.**, Latham, K.M., Muller, M.M. & Gross, M.M. Strategies for Cloning Tumor-Suppressor Genes.  In *Recessive Oncogenes and Tumor Suppression*, pp 189-195. W. Cavenee, N. Hastie, and E. Stanbridge (eds.), Spring Harbor Laboratory Press, New York (1989).

12.   **Dowdy, S.F.**, Scanlon, D.J., Fasching, C.L., Casey, G. & Stanbridge, E.J.  Irradiation Microcell-Mediated Chromosome Transfer (XMMCT): The Generation of Specific Chromosomal Arm Deletions. *Genes, Chrom. & Cancer* 2:318-327 (1990).

13.   **Dowdy, S.F.**, Weissman, B.E. & Stanbridge, E.J.  Correlation of the Inability to Sustain Growth in Defined Serum-Free Medium with the Suppression of Tumorigenicity in Wilms' Nephroblastoma. *J. Cell. Physiol*. 147:248-255 (1991).

14.   **Dowdy, S.F.**, Fasching, C.L., Araujo, D., Lai, K.-M., Livanos, E., Weissman, B.E. & Stanbridge, E.J.  Suppression of Tumorigenicity in Wilms' Tumor by the p15.5-p14 region of Chromosome 11. *Science* 254:293-295 (1991).

15.  Stanbridge, E.J., **Dowdy, S.F.**, Bader, S., Goyette, M. & Araujo, D.  Monochromosome Transfer Provides Functional Evidence for Tumor Suppressor Genes. In *Origins of Human Cancer II*, pp 393-401. Cold Spring Harbor Laboratory Press, New York (1991).

16.  **Dowdy, S.F.**, Lai, K.-M., Weissman, B.E., Matsui, Y., Hogan, B.L.M. & Stanbridge, E.J.  The Isolation and Characterization of a Novel cDNA Demonstrating an Altered mRNA Level in Nontumorigenic Wilms' Microcell Hybrid Cells. *Nuc. Acid Res*. 19:5763-5769 (1991).

17.  Wheeler, T.T.,  Xiao, J.-P., **Dowdy, S.F.**, Stanbridge, E.S. & Young, D.A.  Suppression of Tumorigenicity of a Wilms' Tumor Cell Line Following Introduction of a Portion of Chromosome 11 is Associated with Changes in Synthesis of Four Proteins. *Oncogene*, 6:1903-1907 (1991).

18.  Stanbridge, E. J. & **Dowdy, S.F.**  Genetic Heterogeneity in Wilms' Tumor. In *Hereditary Tumors*, pp 141-151. M.L. Brandi and R. White (eds.), Raven Press, New York (1991).

19.  Mittnacht, S., Hinds, P.W., **Dowdy, S.F.** & Weinberg, R.A.  Modulation of Retinoblastoma Protein Activity During the Cell Cycle.  In *Symposia on Quantitative Biology LVI*, pp 197-209. D. Beach, B. Stillman, and J. Watson (eds.), Cold Spring Harbor Press, New York (1991).

20.  Peeper, D.S., Zantemal, A., **Dowdy, S.F.** & van der Eb, A.J.  Expression, Purification and Functional Characterization of Adenovirus 5 and 12 E1a Proteins Produced in Insect Cells. *Virology*, 190:733-745 (1992).

21.  Cobrinik, D.E., **Dowdy, S.F.**, Hinds, P.W., Mittnacht, S. & Wienberg, R.A.  Update on Retinoblastoma. *Trends in Biochemistry*, 17:312-315 (1992).

22.  **Dowdy, S.F.**, Hinds, P.W., Louie, K., Reed, S.I., Arnold, A. & Weinberg, R.A.  Physical Interaction of the Retinoblastoma Protein with Human D Cyclins. *Cell* 73:499-511 (1993).

23.  **Dowdy, S.F.** & Stanbridge, E.J.  Methods for Functional Analysis of Tumor Suppressor Genes. In *Methods in Molecular Genetics,* 1:151-160. K.W. Adolph (ed.), Academic Press, Florida (1993).

24.  Weinberg, R.A., **Dowdy, S.F.** & Hinds, P.W.  The Retinoblastoma Protein and Gene Product.  In *Frontiers in Biomedical Research,* 1:87-91. Y. Rammelmayr (ed.), W. Zuckschwerdt Verlag, Munich (1993).

25.  Hinds, P.W., **Dowdy, S.F.**, Eaton, E.N. & Weinberg, R.A.  Function of a Human Cyclin Gene as an Oncogene. *Proc. Natl. Acad. Sci. U.S.A.* 91:709-713 (1994).

26.  Hatakeyama, M., Herrera, R.A., Makela, T., **Dowdy, S.F.**, Jacks, T. & Weinberg, R.A.  The Cancer Cell and the Cell Cycle Clock.  In *Symposium on Quantitative Biology LIX.*, pp 1-10. B. Stillman (ed.), Cold Spring Harbor Laboratory Press (1994).

27.  Stanbridge, E., Farmer, A., Mills, A., Loftus, T., Konghasuriyachai, D., **Dowdy, S.F.** & Weissman, B.  Molecular Characterization of QM, a Novel Gene with Properties Consistent with Tumor Suppressor Function.  In *Symposium on Quantitative Biology LIX.*, pp 573-576. B. Stillman (ed.), Cold Spring Harbor Laboratory Press (1994).

28.  Reid, L.H., West, A., Gioeli, D.G., Phillips, K.K., Kelleher, K.F., Araujo, D., Stanbridge, E.S., **Dowdy, S.F.**, Gerhard, D.S. & Weissman, B.E.  Localization of a Tumor Suppressor Gene in 11p15.5 Using the G401 Wilms' Tumor Assay. *Human Mol. Genet.* 5:239-247 (1996).

29.  Ezhevsky, S.A., Nagahara, H., Vocero-Akbani, A., Gius, D., Wei, M.C. & **Dowdy, S.F.** Hypophosphorylation of the Retinoblastoma Protein by Cyclin D:Cdk4/6 Complexes Results in Active pRB. *Proc. Natl. Acad. Sci. USA* 94:10699-10704 (1997).

30.  Neuman, E., Ladha, M.H., Lin, N., DiRenzo, J., Miller, S.J., Upton, T.M., Pestell, R.G., Hinds, P.W., **Dowdy, S.F.**, Brown, M. & Ewen, M.E.  Cyclin D1 Stimulation of Estrogen Receptor Transcriptional Activity Independent of Cdk4. *Mol. Cell. Biol*. 17:5338-5347 (1997).

31.  **Dowdy, S.F.**, VanDyk, L., & Schreiber, G.S.  Cell Cycle Synchronization by Elutriation.  In *Human Genome Methods*, pp 121-132. K.W. Adolph (ed.), CRC Press (1997).

32.  Lissy, N.A., Van Dyk, L., Becker-Hapak, M., Mendler, J.H., Vocero-Akbani, A. & **Dowdy, S.F.** TCR-Antigen Induced Cell Death (AID) Occurs From a Late $G_1$ Phase Cell Cycle Check Point. *Immunity*  8:57-65 (1998).

33.  Grakoui, A., VanDyk, L.F., **Dowdy, S.F.** & Allen, P.M.  Molecular Basis for the Lack of T Cell Proliferation Induced by an Altered Peptide Ligand. *Intl. J. Imm.* 10:969-979 (1998).

34.  Nagahara, H., Vocero-Akbani, A., Snyder, E.L., Ho, A., Latham, D.G., Lissy, N.A., Becker-Hapak, M., Ezhevsky, S.A. & **Dowdy, S.F.**  Transduction of Full Length TAT Fusion Proteins into Mammalian Cells: $p27^{Kip1}$ Mediates Cell Migration. *Nature Medicine* 4:1449-1452 (1998).

35.  Vocero-Akbani, A., Vander Heyden, N., Lissy, N.A., Ratner, L. & **Dowdy, S.F.**  Killing HIV Infected Cells by Direct Transduction of an HIV Protease-Activated Caspase-3 Protein. *Nature Medicine* 5:29-33 (1999).

36.  Nagahara, H., Latek, R.R., Ezhevsky, S.A. & **Dowdy, S.F.**  Two-Dimensional Phosphopeptide Mapping.  In *Methods in Molecular Biology Vol 112: 2-D Proteome Analysis Protocols*, pp 271-279. A.J. Link (ed.), Humana Press Inc. (1999).

37.  Gius, D., Ezhevsky, S.A., Becker-Hapak, M., Nagahara, H., Wei, M.C. & **Dowdy, S.F.** Transduced $p16^{INK4a}$ Peptides Inhibit Hypo-Phosphorylation of the Retinoblastoma Protein and Cell Cycle Progression Prior to Activation of Cdk2 Complexes in Late $G_1$. *Cancer Research* 59:2577-2580 (1999).

38.  Schwarze, S., Ho, A., Vocero-Akbani, A. & **Dowdy, S.F.**  In Vivo Protein Transduction: Delivery of Biologically Active Protein into the Mouse. *Science* 285:1569-1572 (1999).

39.  Nagahara, H., Ezhevsky, S.A., Vocero-Akbani, A., Kaldis, P., Solomon, M.J. & **Dowdy, S.F.** TGF-ß Targeted Inactivation of Cyclin E:Cdk2 Complexes by Inhibition of Cdk2 Activating Kinase Activity. *Proc. Natl. Acad. Sci. USA* 96:14961-14966 (1999).

40.  Chellaiah, M.A., Soga, N., Swanson, S., McAllister, S., Alvarez, U., Wang, D., **Dowdy, S.F.** & Hruska, K.A.  Rho-A is Critical for Osteoclast Podosome Organization, Motility and Bone Resorption. *J. Biol. Chem*. 275:11993-12002 (2000).

41.  Lissy, N.A., Davis, P.K., Irwin, M., Kaelin, W.G. & **Dowdy, S.F.**  A Common E2F1 and p73 Pathway Mediates Cell Death Induced by TCR-Activation. *Nature* 407:642-645 (2000).

42.  Schwarze, S.R. & **Dowdy, S.F.**  In Vivo Protein Transduction: Intracellular Delivery of Biologically Active Proteins, Compounds and DNA.  *Trends in Pharmacol. Sci.*, 21:45-48 (2000).

9

*Steven F. Dowdy, Ph.D., 11/25*

43. Schwarze, S.R., Hruska, K.A. & **Dowdy, S.F.** Protein Transduction: Unrestricted Delivery into All Cells? *Trends in Cell Biology*, 10:290-295 (2000).

44. Vocero-Akbani, A., Lissy, N.A., Nagahara, H., Snyder, E.L., Ho, A., Latham, D.G., Becker-Hapak, M., Gius, D.R., Ezhevsky, S.A. & **Dowdy, S.F.** Transduction of Full Length TAT Fusion Proteins Directly into Mammalian Cells: Analysis of TCR-Activation Induced Cell Death (AID). *Methods in Enzymology*, J.C. Reed (ed.), vol. 322, pp 508-21 (2000).

45. Ho, A., Waksman, G., Mermelstein, S.J. & **Dowdy, S.F.** Synthetic Protein Transduction Domains: Enhanced Transduction Potential In Vitro and In Vivo. *Cancer Research* 61:474-477 (2001).

46. Vocero-Akbani, A., Chellaiah, M.A., Hruska, K. A. & **Dowdy, S.F.** Protein Transduction: Delivery of TAT-GTPase Fusion Proteins into 100% of Mammalian Cells. *Methods in Enzymology*, C. Der (ed.), vol. 332, pp 36-49 (2001).

47. Zezula, J., Casaccia-Bonnefil, P., Ezhevsky, S.A., Osterhout, D.J., Levine, J.M., **Dowdy, S.F.**, Chao, M.V. & Koff, A. p21$^{cip1}$ is required for the differentiation of oligodendrocytes independently of cell cycle withdrawal. *EMBO Rep.* 2:27-34 (2001).

48. Becker-Hapak, M., McAllister, S. & **Dowdy, S.F.** TAT-Mediated Protein Transduction into Mammalian Cells. *Methods in Enzymology*, B. Mayer (ed.), vol. 24, pp 247-256 (2001).

49. Ezhevsky, S.A., Ho, A., Becker-Hapak, M., Davis, P.K. & **Dowdy, S.F.** Differential Regulation of pRB by G$_1$ Cyclin:Cdk Complexes In Vivo. *Mol. Cell. Biol.* 21:4773-4784 (2001).

50. Klekotka, P.A., Santoro, S.A., Ho, A., **Dowdy, S.F.** & Zutter, M.M. Mammary Epithelial Cell-Cycle Progression via the alpha(2)beta(1) Integrin : Unique and Synergistic Roles of the alpha(2) Cytoplasmic Domain. *Am. J. Pathol*. 159:983-992 (2001).

51. Davis, P.K., Ho, A. & **Dowdy, S.F.** Methods for Cell Cycle Synchronization of Mammalian Cells. *Biotechniques* 30:1322-1331 (2001).

52. Snyder, E.L. & **Dowdy, S.F.** Protein Transduction Domains: Potential to Deliver Large DNA Molecules into Cells. *Curr. Opin. Molec. Ther.* 3:147-152 (2001).

53. Soga, N., Namba, N., McAllister, S., Cornelius, L., Teitelbaum, S.L., **Dowdy, S.F.**, Kawamura, J. & Hruska, K.A. Rho Family GTPases Regulate VEGF Stimulated Endothelial Cell Motility. *Exp Cell Res*. 269:73-87 (2001).

54. Abu-Amer, Y., **Dowdy, S.F.**, Ross, F.P. & Teitelbaum, S.L. TAT-Fusion Proteins Containing Tyrosine 42-Delelted I   B   Arrest Osteoclastogenesis. *J. Biol. Chem*. 276:30499-30503 (2001).

55. Davis, P.K. & **Dowdy, S.F.** Molecules in Focus: p73. *Intl. J. Biochem.& Cell Biol.* 33:935-939 (2001).

56. Backus, B.D., **Dowdy, S.F.**, Boschert, K.R., Richards, T.L. & Becker-Hapak, M. Safety Guidance for Laboratory Personnel Working with TAT Protein Transduction Domains. *J. Chemical Health & Safety* 8:5-11 (2001).

57. Hsia, C.Y., Cheng, S., Owyang, A.M., **Dowdy, S.F.**, & Liou, H-C. C-rel Regulation of the Cell Cycle in Primary Mouse B Lymphocytes. *J. Intl. Immunology* 14:905-916 (2002).

58. Ho, A. & **Dowdy, S.F.** Regulation of G$_1$ Cell Cycle Progression by Oncogenes and Tumor Suppressors. *Curr. Opin. Genet. & Develop*. 12:47-52 (2002).

10

59. Wadia, J.S. & **Dowdy, S.F.** Protein Transduction Technology. *Curr. Opin. Biotechnology* 13:52-56 (2002).

60. Wadia, J.S., Becker-Hapak, M. & **Dowdy, S.F.** Protein Transport. In *Handbook on Cell Penetrating Peptides*, CRC Press, U. Langel (Ed.), pp 365-376 (2002).

61. Tanaka, Y., **Dowdy, S.F.**, Lineham, D.C., Eberlein, T.J. & Goedegebuure, P.S. Induction of Antigen-Specific Cytotoxic T Lymphocytes by Recombinatant HIV TAT-Fusion Protein-Pulsed Human Monocyte-Derived Dendritic Cells. *J. Immunol* 170:1291-1298 (2003).

62. McAllister, S.S., Becker-Hapak, M., Pintucci, G., Pagano, M. & **Dowdy, S.F.** HGF Induced Cytoplasmic Translocation of p27$^{kip1}$ Mediates Cell Motility Independent of Cell Cycle Arrest. *Mol. Cell. Biol.* 23:216-228 (2003).

63. Wadia, J. & **Dowdy, S.F.** Modulation of Cellular Function by TAT Mediated Transduction of Full Length Proteins. *Curr. Protein and Peptide Sci.* 4:97-104 (2003).

64. Denicourt, C. & **Dowdy, S.F.** Protein Transduction Technology Offers Novel Therapeutic Approach for Brain Ischemia. *Trends Pharmacol. Sci.* 24:216-218 (2003).

65. Snyder, E.L., Meade, B.R., & **Dowdy, S.F.** Anti-Cancer Protein Transduction Strategies: Reconstitution of p27 Tumor Suppressor Function. *J. Control Release* 91:45-51 (2003).

66. Yu, B., Becker-Hapak, M., Snyder, E.L., Vooijs, M., Denicourt, C. & **Dowdy, S.F.** Distinct and Non-Overlapping Roles for pRB and Cyclin D:Cdk4/6 Activity in Melanocyte Survival. *Proc. Natl. Acad. Sci. USA* 100:14881-14886 (2003).

67. Denicourt, C. & **Dowdy, S.F.** The RhoA-p160$^{ROCK}$-Cdc25A Connection: Another Twist in TGF-β-Induced Cell Cycle Arrest Chronicle. *Proc Natl. Acad. Sci.* 100:15290-15291 (2003).

68. Becker-Hapak, M. & **Dowdy, S.F.** Protein Transduction: Generation of Full Length Transducible Proteins. In *Current Protocols in Cell Biology*, Wiley Press, 20.2.1-20.2.25 (2003).

69. Snyder, E. & **Dowdy, S.F.** Cell Penetrating Peptides in Drug Delivery. *Pharm. Res.* 21:389-393 (2004).

70. Ezhevsky, S. & **Dowdy, S.F.** Potential of Protein Transduction Strategies to Deliver Novel Anti-Cancer Therapeutics. In *Molecular Cancer Therapeutics: Strategies for Drug Discovery and Development*, Wiley Press, G. Prendergast (Ed.), pp 91-118 (2004).

71. Shi, W. & **Dowdy, S.F.** Cell Cycle Controls in $G_1$ and $G_0$. In *Encyclopedia of Biological Chemistry*, Academic Press 1:328-331 (2004).

72. Katterle, Y., Brandt, B.H., **Dowdy, S.F.**, Niggemann, B., Zänker, K.S. & Dittmar, T. Anti-tumour effects of PLC-g1-(SH2)$_2$-TAT fusion proteins on EGFR/c-erbB-2 positive breast cancer cells. *Br. J. Cancer* 90:230-235 (2004).

73. Snyder, E.L., Meade, B., Saenz, C.C., & **Dowdy, S.F.** Treatment of Terminal Peritoneal Carcinomatosis by a Transducible p53-Activating Peptide. *PLoS-Biology* 2:186-193 (2004).

74. Wadia, J.S., Ezhevsky, S.A., & **Dowdy, S.F.** Delivery of Novel Anti-Cancer Peptides by Protein Transduction Domains. *Amer. Pharm. Reviews* 1-12 (2004).

75. Wadia, J.S., Stan, R., & **Dowdy, S.F.** Transducible Fusogenic Peptide Enhances TAT-Mediated Protein Transduction Following Lipid Raft-Mediated Macropinocytosis. *Nature Medicine* 10:310-315 (2004).

76. Wadia, J.S., Wagner, M.V., Ezhevsky, S.A. & **Dowdy, S.F.** Apoptin/VP3 Contains a Concentration-Dependent NLS, Not a Tumorigenic Selective NLS. *J. Virology* 78:6077-6078 (2004).

77. Denicourt, C. & **Dowdy, S.F.** Cip/Kip Proteins: More than Just Cdk Inhibitors. *Genes & Develop.* 18:851-855 (2004).

78. Denicourt, C. & **Dowdy, S.F.** Targeting Apoptotic Pathways in Cancer Cells by Mimicking Protein-Protein Interactions. *Science* 305:1411-1413 (2004).

79. Wadia J.S & **Dowdy, S.F.** Transmembrane Delivery of Protein and Peptide Drugs by TAT-Mediated Transduction in the Treatment of Cancer. In *Advanced Drug Delivery Reviews,* V. Tochilin (Ed.) 57:579-596 (2005).

80. Snyder, E.L. & **Dowdy, S.F.** Role of Protein Transduction Domains in the Delivery of Peptides, Protein and Nucleic Acids. *Expert Opin. Drug Delivery* 2:43-51 (2005).

81. Kaplan, I.M., Wadia, J.S. & **Dowdy, S.F.** Cationic TAT Peptide Transduction Domain Enters Cells by Macropinocytosis. *J. Control Release* 102:247-253 (2005).

82. Snyder, E., Saenz, C.C., Denicourt, C., Meade, B.R., Cui, X.-S., Kaplan, I.M. & **Dowdy, S.F.** Selective Targeting and Killing of Tumor Cells Expressing the CXCR4 Receptor by Transducible Anticancer Peptides. *Cancer Res.* 65:10646-10650 (2005).

83. Saenz C.C. & **Dowdy, S.F.** Transmembrane Delivery of Protein and Peptide Drugs into Cancer Cells. In *Delivery of Protein and Peptide Drugs in Cancer,* Imperial College Press, V. Torchilin (Ed) p.225-254 (2006).

84. Cai, S., Xu, G., Becker-Hapak, M., Ma, M., **Dowdy, S.F.**, & McLeod, M.L. The Kinetics and Tissue Distribution of Protein Transduction in Mice. *Euro. J. Pharm. Sci.* 27:311-319 (2006).

85. Shi, W. & **Dowdy, S.F.** Protein transduction: introduction of proteins into live cells. In *Cell-Penetrating Peptides*, 2nd Edition, CRC Press, U. Langel (Ed) 201-218 (2006).

86. Havens, C.G., Ho, A., Mädge, B., Yoshioka, N. & **Dowdy, S.F.** Low Physiologic ROS Levels Activate a Late $G_1$ Phase APC/CDH1 Protein Degradation Checkpoint. *Mol. Cell. Biol.* 26:4701-4711 (2006).

87. Murriel, C.L. & **Dowdy, S.F.** Influence of Protein Transduction Domains on Intracellular Delivery of Macromolecules. *Expert Opin. Drug Delivery* 3:739-746 (2006).

88. **Dowdy, S.F.** The Anonymous American Idol Manuscript Reviewer. *Cell* 127: 662-663 (2006).

89. Haberichter, T., Madge, B., Christopher, R., Dhiman, A., Miller, R., Gendelman, R., Khali, I.G. & **Dowdy, S.F.** A Systems Biology Mathematical Model of Mammalian $G_1$ Cell Cycle Progression. *Mol. Systems Biol.* 3:84-90 (2007).

90. Muntean, A.G., Pang, L., Poncz, M., **Dowdy, S.F.**, Blobel, G.A., & Crispino, J.D. Cyclin D-Cdk4 is Regulated by GATA-1 and Required for Megakaryocyte Growth and Polyploidization. *Blood* 109:5199-207 (2007).

12

*Steven F. Dowdy, Ph.D., 11/25*

91.  Gump, J.M. & **Dowdy, S.F.** TAT transduction: the molecular mechanism and therapeutic prospects. *Trends Mol. Med.* 13:443-448 (2007).

92.  Meade, B. & **Dowdy, S.F.** Exogenous siRNA delivery using peptide transduction domains/cell penetrating peptides. *Adv. Drug Deliv Rev.* 59:134-140 (2007).

93.  Denicourt, C., Cui, X.-S. & **Dowdy, S.F.** Cytoplasmic p27 Tumor Suppressor Protein Functions as a Metastatic Oncogene In Vivo. *Cancer Res.* 67:9238-9243 (2007).

94.  Besson, A., **Dowdy, S.F.**, & Roberts, J.M. CDK Inhibitors: Cell Cycle Regulators and Beyond. *Dev. Cell* 14:159-169 (2008).

95.  Cerchietti, L.C., Polo, J.M., Da Silva, G.F., Farinha, P., Shaknovich, R., Gascoyne, R.D., **Dowdy, S.F.**, & Melnick, A. Sequential transcription factor targeting for diffuse large B-cell lymphomas. *Cancer Res.* 68:3361-3369 (2008).

96.  Meade, B. & **Dowdy, S.F.** Enhancing the cellular uptake of siRNA duplexes following noncovalent packaging with protein transduction domain peptides. *Adv. Drug Delivery Rev.* 60:530-536 (2008).

97.  Wadia, J.S. Schaller, M., Williamson, R.A. & **Dowdy, S.F.** Pathological Prion Protein Infects Cells by Lipid-Raft Dependent Macropinocytosis. *PLoS-ONE* 3:e3314. doi:10.1371 (2008).

98.  Xu, Y., Liu, S., Yu, G., Chen, J., Chen, J., Xu, X., Wu, Y., Zhang, A., **Dowdy, S.F.** & Cheng, G. Excision of Selectable Genes from Transgenic Goat Cells by a Protein Transducible TAT-Cre Recombinase. *Gene* 419:70-74 (2008).

99.  Cerchietti, L.C., Yang, S.N., Polo, S.M., Chadburn, A., Prive, G., **Dowdy, S.F.** & Melnick, A. A Peptomimetic Inhibitor of BCL6 with Potent Anti-Lymphoma Effects In Vitro and In Vivo. *Blood* 113:3397-3405 (2009).

100. Wagner, M.V., Smolka, M.B., de Bruin, R.A.M., Zhou, H., Wittenberg, C. & **Dowdy, S.F.** Whi5 Regulation by Site Specific CDK-Phosphorylation in Saccharomyces cerevisiae. *PLoS-ONE* 4(1):e4300 (2009).

101. Eguchi, A. & **Dowdy, S.F.** siRNA delivery using Peptide Transduction Domains. *Trends Pharmacol. Sci.* 30:341-345 (2009).

102. Eguchi, A., Meade, B.R., Fredrickson, C.T., Willert, K., Puri, N. & **Dowdy, S.F.** Efficient siRNA Delivery into Primary Cells by Peptide Transduction-dsRNA Binding Domain (PTD-DRBD) Fusion Protein. *Nature Biotech.* 27:567-571 (2009).

103. Michiue, H., Eguchi, A., Meade, B.R., Scadeng, M. & **Dowdy, S.F.** Induction of In Vivo Synthetic Lethal RNAi Responses to Treat Glioblastoma. *Cancer Biol. & Ther.* 8:2306-2313 (2009).

104. Meade, B.R. & **Dowdy, S.F.** The Road to Therapeutic RNA Interference (RNAi): Tackling the 800 Pound siRNA Delivery Gorilla. *Discovery Medicine.* 8:253-256 (2009).

105. Nagahara, H., Latek, R.R., Ezhevsky, S.A. & **Dowdy, S.F.** Two-Dimensional Phosphopeptide Mapping. In *The Proteins Protocol Handbook, 3ʳᵈ Edition*, pp 1579-1588. J.M. Walker (ed.), Humana Press Inc. (2009).

13

106. Gump, J.M., June, R. & **Dowdy, S.F.**  Revised Role of Glycosaminoglycans in TAT PTD-Mediated Cellular Transduction. *J. Biol. Chem* 285:1500-1507 (2010).

107. Eguchi, A. & **Dowdy, S.F.**  Efficient siRNA Delivery by Novel PTD-DRBD Fusion Proteins. *Cell Cycle* 9:424-425 (2010).

108. Pawar, S.A., Sarkar, T.R., Balamurugan, K., Sharan, S., Wang, J., Zhang, Y., **Dowdy, S.F.**, Huang, A.-M., & Sterneck, E.  C/EBPδ Targets Cyclin D1 for Proteasome-Mediated Degradation via Induction of CDC27/APC3 Expression. *Proc. Natl. Acad. Sci. USA* 107:9210-9215 (2010).

109. June, R.K., Gogoi, K., Eguchi, A., Cui, X.S. & **Dowdy, S.F.**  Synthesis of a pH-Sensitive Nitrilotriacetic Linker to Peptide Transduction Domains to Enable Intracellular Delivery of Histidine Imidazole Ring-Containing Macromolecules. *J. American Chem. Soc.* 132:10680-10682 (2010).

110. Palm-Apergi, C. & **Dowdy, S.F.**  PTD-DRBD siRNA delivery. In *Cell-Penetrating Peptides*, *Methods in Molecular Biology*, 3rd Edition, Humana Press, U. Langel (Ed) 683:339-347 (2011).

111. Van den Berg, A. & **Dowdy, S.F.**  Protein Transduction Domain Delivery of Therapeutic Macromolecules. *Curr. Opin. Biotech.* 22:888-893 (2011).

112. Apergi-Palm, C., Lonn, P., & **Dowdy, SF.**  Do Cell-Penetrating Peptides Actually "Penetrate" Cellular Membranes? *Mol. Thera*. 20:695-6967 (2012).

113. Keerthivasan, G., Small, S., Liu, H., Gump, J.M., **Dowdy, S.F.**, Wickrema, A., & Crispino, J.D. A novel role for survivin in erythroblast enuclearion. *Hematologica* 97:1471-1479 (2012).

114. Narasimha, A., Shi, W. & **Dowdy, S.F.**  Cell Cycle Controls in $G_1$ and $G_0$. in *Encyclop. Biol. Chem*. p406-410 (2013).

115. Kogiso, T., Nagahara, H., Otsuka, M., Shiratori, K. & **Dowdy S.F.**  Transdifferentiation of Human Fibroblasts into Hepatocyte-like Cells by Defined Transcription Factors. *Hepatol Intl.* 7:937-944 (2013).

116. Presente, A. & **Dowdy, S.F.**  PTD/CPP Peptide-Mediated Delivery of siRNAs. *Curr Pharm Des.* 19:2943-2947 (2013).

117. Wadia J, Eguchi A, & **Dowdy SF**.  DNA delivery into mammalian cells using bacteriophage λ displaying the TAT transduction domain. *CSHL Protocol*. pii: pdb.prot072660. (2013).

118. Yoshioka, N., Gros, E., Li, H.-R., Kumar, S., Deacon, D.C., Maron, C., Muotri, A.R., Chi, N.C., Fu, X.-D., Yu, B.D. & **Dowdy, S.F.**  Efficient Generation of Human iPS Cells by a Synthetic Self-Replicative RNA. *Cell Stem Cell* 13:246-254 (2013).

119. Lonn, P., & **Dowdy, S.F.**  From Bench to Bedside:Cationic TAT Peptide Transduction Domain Enters Cells by Macropinocytosis. *J. Contr. Rel*. 190:56-58 (2014).

120. Narasimha, A.M., Kaulich, M., Shapiro, G.S., Choi, Y.J., Sicinski, P. & **Dowdy, S.F.**  Cyclin D Activates the Rb Tumor Suppressor by Mono-Phosphorylation. *eLife* doi: 10.7554/eLife.02872 (2014).

121. Wu, X., Zhang, W., Font-Burgada, J., Palmer, T., Hamil, A.S., Biswas, S.K., Poidinger, M., Borcherding, N., Xie, Q., Ellies, L.G., Lytle, N., Wu, L.-W., Yang, J., **Dowdy, S.F.**, Reya, T. & Karin, M. Ubc13 Controls Breast Cancer Metastasis through a TAK1-p38 MAP Kinase Cascade.

14

*Proc. Natl. Acad. Sci. USA*. 111:13870-13875 (2014).

122.  Meade, B.R., Gogoi, K., Hamil, A.S., Palm-Apergi,C., van den Berg, A., Hagopian, J.C., Springer, A.D., Eguchi, A., Kacsinta, A.D., Dowdy, C.F., Presente, A., Lönn, P., Kaulich, M., Yoshioka, N., Gros, E., Cui, X.-S. & **Dowdy, S.F.**  Efficient delivery of RNAi prodrugs containing reversible charge-neutralizing phosphotriester backbone modifications. *Nature Biotechnology* 32:1256-1261 (2014).  (*Cover*)

123.  Shin, D., Lönn, P., **Dowdy, S.F.** & Tor, Y.  Cellular activity of siRNA oligonucleotides containing synthetic isomorphic nucleoside surrogates. *Chemical Communications* 51:1662-1665 (2015).

124.  Hamil, A.S. & **Dowdy, S.F**.  Synthesis and Conjugation of Small Interfering RiboNucleic Neutral siRNNs. In *siRNA delivery: Methods and Protocols*, Ed. J. Rossi & K. Shum (Springer) 1364:1-9 (2015).

125.  Kaulich, M., Lee, Y.J., Lonn, P., Springer, A.D., Meade, B.R., & **Dowdy, S.F.**  Efficient CRISPR-AAV Engineering of Endogenous Genes to Study Protein Function. *Nucleic Acids Research*. doi: 10.1093/nar/gku1403 (2015).

126.  Lonn, P. & **Dowdy, S.F.**  Cationic PTD/CPP-Mediated Macromolecular Delivery: Charging into the Cell. *Expert Opinion in Drug Delivery* 12:1-10 (2015).

127.  Kaulich M, **Dowdy SF**. Combining CRISPR/Cas9 and rAAV Templates for Efficient Gene Editing. *Nucleic Acid Therapeutics* 25:287-296 (2015).

128.  Kacsinta, A.D & **Dowdy, S.F.**  Current Views on Inducing Synthetic Lethal RNAi Responses in the Treatment of Cancer. *Expert Opinion in Biological Therapeutics* 16:161-172 (2016).

129.  Tobias, I.S., Kaulich, M., Kim, P.K., Simon, N., Jacinto, E., **Dowdy, S.F.**, King, C.C. & Newton, A.C.  Protein kinase C ζ exhibits constitutive phosphorylation and phosphatidylinositol-3,4,5-triphosphate-independent regulation. *Biochemical Journal* 473:509-523 (2016).

130.  Hamil, A.S., Gogoi K. & **Dowdy, S.F.**  Conjugation of duplexed siRNN oligonucleotides with DD-HyNic peptides. *Bio-Protocol* 6:1-11 (2016).

131.  Amit, I., Baker, D., Barker, R., Berger, B., Bertozzi, C., Bhatia, S., Biffi, A., Demichelis, F., Doudna, J., **Dowdy, S.F.**, Endy, D., Helmstaedter, M., Junca, H., June, C., *et al*.  Voices of Biotech. *Nature Biotechnology* 34:270-275 (2016).

132.  Meitinger, F., Anzola, J.V., Kaulich, M., Richardson, A., Stender, J.D., Benner, C., Glass, C.K., **Dowdy, S.F.**, Desai, D., Shiau, A.K., & Oegema, K.  53BP1 and USP28 Mediate p53 Activation and G1 Arrest Following Centrosome Loss or Extended Mitotic Duration. *J. Cell Biology* 214:155-166 (2016).

133.  Lonn, P., Kacsinta, A.D., Cui, X.-S., Hamil, A.S., Kaulich, M., Gogoi, K. & **Dowdy, S.F.** Enhancing Endosomal Escape for Intracellular Delivery of Macromolecular Biologic Therapeutics. *Scientific Reports* 6:32301 (2016).

134.  **Dowdy, S.F.** Overcoming Cellular Barriers for RNA Therapeutics. *Nature Biotechnology* 35:222-229 (2017).

135.  Kolosenko, I., Edsbäcker, E., Björklund, A.-C., Hamil, A.S., Goroshchuk, O., Grandér, D., **Dowdy, S.F.**, & Palm-Apergi, C.  RNAi prodrugs targeting Plk1 induce specific gene silencing

in primary cells from pediatric T-acute lymphoblastic leukemia patients. *J. Control Release* 261:199-206 (2017).

136. **Dowdy, S.F.**  Death of a Dogma: Cyclin D Activates Rb by Mono-Phosphorylation. In *Cyclin D and Cancer*, P. Hinds (ed.), Springer 2017.

137. Matsuda, S., Hammaker, D., Topolewski, K., Briegel, K., Boyle, D., **Dowdy, S.F.**, Wang, W., & Firestein, G.  Regulation of the cell cycle and inflammatory arthritis by the transcription co-factor Limb Bud and Heart Development protein. *J. Immunology* 199:2316-2322 (2017).

138. Yoshioka, N. & **Dowdy, S.F.**  Generation of Human iPS Cells by a Single Self-Replicating Polycistronic srRNA. *PLoS-ONE* 12:e0182018 (2017).

139. Hagopian, J.C., Hamil, A.S., van den Berg, A., Meade, B.R., Eguchi, E., Palm-Apergi, C. & **Dowdy, S.F.**  Induction of RNAi Responses by Left-Handed Hairpin RNAs. *Nucleic Acid Therapeutics* 27:260-271 (2017).

140. **Dowdy, S.F**. & Levy, M.  RNA Therapeutics (Almost) Comes of Age: Targeting, Delivery and Endosomal Escape. *Nucleic Acid Therapeutics* 28:107-108 (2018).

141. Springer, A.D. & **Dowdy, S.F.**  GalNAc-siRNA Conjugates: Leading the Way for Delivery of RNAi Therapeutics. *Nucleic Acid Therapeutics* 28:109-118 (2018).

142. **Dowdy, S.F.**  Controlling CRISPR-Cas9 Gene Editing. *New England Journal of Medicine* 381:289-290 (2019).

143. Huggins, I.J., Medina, C., Springer, A.D., Van den Berg, A., Jadhav, S., Cui, X & **Dowdy, S.F.** Site Selective Antibody-Oligonucleotide Conjugation via Microbial Transglutaminase. *Molecules* 24(18). pii: E3287 (2019).

144. Goroshchuk. O., Vidarsdottir, L., Björklund, A.-C., Hamil, A., Kolosenko, I., **Dowdy, S.F.** & Palm-Apergi, C.  Targeting Plk1 with siRNNs in Primary Cells from Pediatric B-Cell Acute Lymphoblastic Leukemia Patients. *Sci. Reports* 10(1):2688 (2020).

145. Khan, N., Halcrow, P.W., Lakpa, K.L., Afghah, Z., Miller, N.M., **Dowdy, S.F.**, Geiger, J.D., & Chen, X.  Two-pore channels regulate Tat endolysosome escape and Tat-mediated HIV-1 LTR transactivation. *FASEB J.* 34:4147-4162 (2020).

146. Qian, H., Hu, J., Xue, Y., **Dowdy, S.F.**, Mobley, W.C., Cleveland, D.W. & Fu, X.-D.  Reversing a Model of Parkinson's Disease with In Situ Converted Nigral Neurons. *Nature* 582:550-556 (2020).

147. Mailhiot, S.E., Thompson, M.A., Eguchi, A.E., Brinson, D.C., Lotz, M.K., **Dowdy, S.F.,** & June, R.K.  The TAT Protein Transduction Domain as an Intra-Articular Drug-Delivery Technology. *Cartilage* 19:1947603520959392 (2020).

148. Kolosenko, I., Goroshchuk, O., Vidarsdottir, L., Björklund, A.-C., **Dowdy, S.F.**, & Palm-Apergi, C.  RNAi prodrugs decrease elevated mRNA levels of Polo-like kinase 1 in ex vivo cultured primary cells from pediatric acute myeloid leukemia patients. *The FASEB J.* 35:e21476 (2021).

149. Jadhav, G., & **Dowdy, S.F.**  Gene Editing: Overcoming Delivery Barriers with LNPs. *Nature Materials* 20:575-577 (2021).

150. Kaulich, M., Link, V.M., Lapek, J.D., Lee, Y.J., Glass, C.K., Gonzalez, D.J., & **Dowdy, S.F.**

*Steven F. Dowdy, Ph.D., 11/25*

A Cdk4/6-Dependent Phosphorylation Gradient Regulates the Early to Late G1 Phase Transition. *Scientific Reports* 11(1):14736 (2021).

151. Palm-Apergi, C., & **Dowdy, S.F.** Protein Delivery by PTDs/CPPs. In *Cell-Penetrating Peptides. Methods and Protocols*, Third Edition. Ed. Űlo Langel, *Methods Mol Biol*. 2383:257-264 (2022).

152. **Dowdy, S.F.**, Setten, R.L., Cui, X.-S., & Jadhav, S.G. Delivery of RNA Therapeutics: The Great Endosomal Escape!" *Nucleic Acid Therapeutics* doi: 10.1089/nat.2022.0004 (2022).

153. Setten, R.L, & **Dowdy, S.F.** DNA/RNA heteroduplex oligonucleotides: An unanticipated twist in the delivery of ASOs. *Molecular Therapy - Nucleic Acids* 29:133-134 (2022).

154. **Dowdy, S.F**. Endosomal Escape of RNA Therapeutics: How Do We Solve This Rate-Limiting Problem? *RNA Journal* 29:396-401 (2023).

155. Hao Y., Hu J., Xue Y., **Dowdy S.F.**, Mobley WC, Qian H. & Fu X-D. Reply to: Ptbp1 deletion does not induce astrocyte-to-neuron conversion. *Nature* 618(7964):E8-E13 (2023).

156. **Dowdy, S.F.**, Gallagher, C.J., Vitarella, D., Brown, J. A technology evaluation of the atypical use of a CPP-containing peptide in the formulation and performance of a clinical botulinum toxin product. *Expert Opin Drug Deliv*. 20:1157-1166 (2023).

157. Kaulich M., & **Dowdy, S.F.** Long-Term Exposure of Cells to Cdk4 Inhibitor Leads to Chromosomal Aberrations. *bioRxiv* https://doi.org/10.1101/2023.08.10.552830 (2024).

158. Jadhav, S.G., Setten, R.L., Medina, C. Cui, X.-S. & **Dowdy, S.F.** Design, Synthesis and Biochemical Analysis of a Molecule Designed to Enhance Endosomal Escape. *AAPS Journal*, 26:10 (2024).

159. Gulumkar, V.N. & **Dowdy, S.F.** Stereopure ASOs: An Unanticipated Increase in Selectivity for Targeting Mutant HTT. *Molecular Therapeutics Nucleic Acids*, 35, 102312 (2024).

160. Chen, X.-Q., Zuo, X., Becker, A., Mante, M., Florio, J.B., Jadhav, S.G., Albay, R., Johnstone, A., Karachentsev, D., Rissman, R., Zhao, H., **Dowdy, S.F.,** & Mobley, W.C. RAB5 hyperactivation drives widespread propagation of *APP* gene dose-mediated disruption of the endolysosomal network to compromise neuronal function in Down syndrome. *Alzheimer's & Dementia* 21(5):e70022 (2025).

161. Zhao, L., Kim, E., Song, Y., Hester, J., Obermeyer, K., Pei, T., Ding, Z-M, Xu, Z., Prusakiewicz, J., **Dowdy, S.F.,** Hamilton, J., Bowers, M.S. Liver siRNA xanthine dehydrogenase fails to reduce serum human uric acid: Preclinical /phase 1 trial. (*submitted*) (2025).