# EXHIBIT A

| Term | Plaintiff's Construction | Defendants' Construction | Court's Construction |
|---|---|---|---|
| "a lipid component" (claims 1, 2) | "one or more lipid components" | "all of the lipids present in the liposome" | |
| "a phospholipid component" (claims 1, 2) | "one or more phospholipid components" | "all of the phospholipids present in the liposome" | |
| "the phospholipid is not a lysophosphatidylcholine or lysophosphatidylethanolamine" (claims 1, 2) | Plain-and-ordinary meaning, no construction necessary | "the phospholipid component contains no lysophosphatidylcholine or lysophosphatidylethanolamine" | |
| "a neutral charge" (claims 1, 2) | Plain and ordinary meaning, which is "a net charge of about zero" | "no net charge" | |
| "liposome" (claims 1, 2) | "a lipid vehicle that is a type of nanoparticle" | "a lipid vehicle having one or more lipid bilayers or aggregates surrounding an inner aqueous medium" | |
| "encapsulate the siRNA such that  greater than 90% of the liposomes  encapsulate siRNA" (claims 1, 2) | Plain-and-ordinary meaning, no construction necessary | "such that at least 90% of the siRNA is encapsulated" | |