**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| **THE BOARD OF REGENTS OF THE UNIVERSITY OF TEXAS SYSTEM**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**ALNYLAM PHARMACEUTICALS INC. AND ALNYLAM U.S., INC.**<br><br>**Defendants.** | **Civil Action No. 1:25-cv-13865-BEM**<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO AMEND SCHEDULING ORDER**

Plaintiff the Board of Regents of the University of Texas System ("The University," "MD Anderson," or "Plaintiff") and Defendants Alnylam Pharmaceuticals Inc. and Alnylam U.S., Inc. (collectively, "Alnylam" or "Defendants," and together with Plaintiff, the "Parties") respectfully submit this Agreed Motion to Amend the Scheduling Order (*see* Dkts. 117 and 129) as set forth below and in the proposed Amended Scheduling Order attached hereto as Exhibit 1. The Parties jointly seek to adjust the following deadlines between the Parties: completion of fact discovery; service of initial and rebuttal expert reports; completion of expert discovery. Additionally, the Parties request the Court postpone the date of the Status Conference until after the close of fact discovery. Specifically, the Parties jointly seek the following schedule changes as are identified in Exhibit 1:

| Event | Current Deadline | Proposed Amended Deadline |
|---|---|---|
| **Final Fact Discovery Deadline** | October 23, 2026 | November 20, 2026 |



4907-2894-8952, v. 2

| Event | Current Deadline | Proposed Amended Deadline |
| --- | --- | --- |
| **Status Conference** | November 3, 2026 | The week of November 30, 2026[1] or at a time and date of the Court's choosing |
| **Initial Expert Reports** | November 13, 2026 | December 18, 2026 |
| **Rebuttal Expert Reports** | December 11, 2026 | January 27, 2027 |
| **Close of Expert Discovery** | January 29, 2027 | February 12, 2027 |
| **Motions for summary judgment and/or to exclude or strike expert testimony** | March 5, 2027 | - |
| **Oppositions to summary judgment motions and/or any motions to exclude or strike expert testimony** | April 2, 2027 | - |
| **Replies to summary judgment motions and/or any motions to exclude or strike expert testimony** | April 16, 2027 | - |
| **Initial and Pretrial Conference** | During May 2027 | - |
| **Trial** | During August 2027 | - |

This is the Parties' first request to amend the Scheduling Order. The Parties do not seek to change any existing deadlines falling after the completion of expert discovery, including filing dispositive motions or trial. The Parties respectfully request that the Court enter the Amended Scheduling Order to allow for sufficient time to complete depositions of all fact witnesses. Due to the limited availability of certain witnesses, the depositions of at least two fact witnesses cannot occur until October 28 and November 5, after the close of the current fact discovery period. In

[1] The parties propose the week of November 30, 2026, but they can be available on any date that is convenient for the Court.

addition, the Parties are still confirming the availability of several other fact witnesses whose depositions may need to occur after the close of the current fact discovery period. The Parties have met and conferred, and the proposed Amended Scheduling Order is not disputed.

Accordingly, the Parties respectfully request that the Court enter the Amended Scheduling Order attached hereto as Exhibit 1.

Jointly and respectfully submitted this 12th day of October 2026,

**Plaintiff, The Board of Regents of the University of Texas System,**

By its counsel,

/s/ Andrew T. O'Connor
Matthew Cameron (*pro hac vice*)
**MCKOOL SMITH, P.C.**
mcameron@mckoolsmith.com
303 Colorado Street, Suite 2100
Austin, TX 78701
Telephone: 512-692-8700
Telecopier: 512-692-8744

Jamie Levien (*pro hac vice*)
**MCKOOL SMITH, P.C.**
jlevien@mckoolsmith.com
1717 K Street NW, Suite 1000
Washington, DC 20006
Telephone: 202-370-8300
Telecopier: 202-370-8344

Joseph Micheli (*pro hac vice*)
Casey Shomaker (*pro hac vice*)
**MCKOOL SMITH, P.C.**
cshomaker@mckoolsmith.com
jmicheli@mckoolsmith.com
300 Crescent Court, Suite 1500
Dallas, TX 75201
Telephone: 214-978-4028
Telecopier: 214-978-4044

Richard M. Zielinski (BBO# 540060)
Andrew T. O'Connor (BBO# 664811)
**GOULSTON & STORRS PC**

**Defendants, Alnylam Pharmaceuticals, Inc. and Alnylam U.S., Inc.,**

By their counsel,

/s/ Sarah J. Fischer
Sarah Chapin Columbia (SBN 550155)
Sarah J. Fischer (SBN 688878)
**MCDERMOTT WILL & SCHULTE, LLP**
200 Clarendon Street, Floor 58
Boston, MA 02116-5021
Tel: (617) 535-4000
scolumbia@mcdermottlaw.com
sfischer@mcdermottlaw.com

William G. Gaede, III *(Pro Hac Vice)*
**MCDERMOTT WILL & SCHULTE, LLP**
415 Mission Street, Suite 5600
San Francisco, CA 94105
(650) 815-7400
w.gaede@mcdermottlaw.com

Mandy H. Kim *(Pro Hac Vice)*
**MCDERMOTT WILL & SCHULTE, LLP**
23 Corporate Plaza Drive, Suite 135
Newport Beach, CA 92660
(949) 757-6061
mhkim@mcdermottlaw.com

One Post Office Square
Boston, MA 02109
Telephone: (617) 482-1776
Fax: (617) 574-4112
rzielinski@goulstonstorrs.com
aoconnor@goulstonstorrs.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the above and foregoing document has been served on all counsel of record via email on October 12, 2026.

*/s/ Andrew T. O'Connor*
Andrew T. O'Connor

**CERTIFICATE OF CONFERENCE**

Pursuant to LR 7.1(a)(2), I hereby certify that counsel for Defendants conferred with counsel for Plaintiff regarding the relief requested in this motion. This motion is being filed jointly and is unopposed.

*/s/ Andrew T. O'Connor*
Andrew T. O'Connor